**B1 (Official Form 1) (04/13)**

| United States Bankruptcy Court<br>**District of New Hampshire, Manchester Division** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Tempnology LLC, dba Coolcore** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all): **45-2011187** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**210 Commerce Way<br>Ste 100<br>Portsmouth, NH**  ZIPCODE **03801-8204** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):  ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Rockingham** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):  ZIPCODE | Mailing Address of Joint Debtor (if different from street address):  ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):  ZIPCODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13 | ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

**Chapter 15 Debtor**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable.)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box.)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ☑ Debts are primarily business debts.

| Filing Fee (Check one box)<br>☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>**Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).<br>-----------------------------<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| Statistical/Administrative Information<br>☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

B1 (Official Form 1) (04/13)                                                                                                                          Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Tempnology LLC, dba Coolcore** |
|---|---|

| **All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)                      Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 2015 CINgroup 1.866.218.1003 - CINcompass (www.cincompass.com)

B1 (Official Form 1) (04/13)                                                                                                   Page 3

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Tempnology LLC, dba Coolcore** |
|---|---|

| **Signatures** ||

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. <br> [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. <br> [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). <br> I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X _____ <br>   Signature of Debtor <br> X _____ <br>   Signature of Joint Debtor <br><br>   Telephone Number (If not represented by attorney) <br><br>   Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. <br> (Check only **one** box.) <br> ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. <br> ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. <br><br> X _____ <br>   Signature of Foreign Representative <br><br>   Printed Name of Foreign Representative <br><br>   Date |

| **Signature of Attorney\*** | **Signature of Non-Attorney Petition Preparer** |
|---|---|
| X */s/ Daniel W. Sklar*   *Daniel W. Sklar* <br>   Signature of Attorney for Debtor(s) <br><br> **Daniel W. Sklar 01443** <br> **Nixon Peabody LLP** <br> **900 Elm Street** <br> **Manchester, NH  03060** <br><br> **dsklar@nixonpeabody.com** <br><br><br> **September 1, 2015** <br>   Date <br> \*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. <br><br> _____ <br> Printed Name and title, if any, of Bankruptcy Petition Preparer <br><br> _____ <br> Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) <br><br> Address |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. <br><br> The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X */s/ Kevin McCarthy* <br>   Signature of Authorized Individual <br> **Kevin McCarthy** <br>   Printed Name of Authorized Individual <br> **CEO** <br>   Title of Authorized Individual <br> **September 1, 2015** <br>   Date | X _____ <br>   Signature <br><br>   Date <br> Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above. <br><br> Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. <br><br> If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. <br><br> *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

© 2015 CThgroup: 1.866.218.1003 – CINcompass (www.cincompass.com)

B7 (Official Form 7) (04/13)

**United States Bankruptcy Court**
**District of New Hampshire, Manchester Division**

IN RE:                                                                    Case No. _____

Tempnology LLC, dba Coolcore                              Chapter **11**
_____
                    Debtor(s)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101(2),(31).

---

**1. Income from employment or operation of business**

None
☐　State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT   SOURCE
**-3,422,768.00   Revenue/Net loss for 2013**
**Revenue prior to net loss was $6,740.865.00**
　　**-1,839,378.00   Net loss for 2014**
**Revenue prior to net loss was $9,140,843.00**
　　**-2,315,086.00   6 Month net loss for 2015**
**Revenue prior to net loss was $1,236,589.00**

---

**2. Income other than from employment or operation of business**

None
☑　State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 2015 CINgroup 1 866 218 1003 - CINcompass (www.cincompass.com)

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

<sup>None</sup> ☐    *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 2015 CINgroup 1 866 218 1003 – CINcompass (www.cincompass.com)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| 210 Commerce Way, LLC<br>210 Commerce Way Ste 300<br>Portsmouth, NH 03801-8200 | 6/4/15, 8/5/15 | 20,686.66 | 0.00 |
| ADP Total Source<br>11 Northeastern Blvd<br>Salem, NH 03079-1953 | 6/11/15, 6/12/15, 6/25/15, 7/09/15, 7/14/15, 7/23/15, 8/7/15, 8/12/15, 8/21/15 | 551,617.96 | 0.00 |
| Athena Apparel Solutions LLC<br>100 Albany St Fl 1<br>Portsmouth, NH 03801-4977 | 6/24/15, 7/23/15 | 6,250.00 | 0.00 |
| A-Uni Bags, Ltd.<br>Corporation Park- Unit 7, 10/F<br>Hong Kon | 6/5/15, 7/6/15, 7/27/15, 8/11/15 | 43,874.38 | 0.00 |
| Barrett Warehouse and Transport Inc.<br>PO Box 416137<br>Boston, MA 02241-6137 | 6/24/15, 7/23/15, 8/5/15, 8/13/15, 8/18/15 | 25,454.35 | 0.00 |
| Brian Hyman<br>2-4-27-102 Minamihonjo<br>Fukuyama City, H | 6/18/15, 7/17/15, 8/18/15 | 22,911.39 | 0.00 |
| Brice Robertson Design Consultancy<br>411 Waye Ave Ste 7<br>Oakland, CA 94606 | 7/23/15, 8/5/15, 8/13/15 | 17,600.00 | 0.00 |
| Caseiro Burke LLC<br>PO Box 610<br>Scarborough, ME 04070-0610 | 7/17/15, 8/5/15, 8/13/15, 8/21/15 | 32,565.71 | 0.00 |
| CGPR LLC<br>24 Prospect St<br>Marblehead, MA 01945-3154 | 6/4/15, 7/16/15, 8/18/15 | 7,210.00 | 0.00 |
| Crane Worldwide<br>PO Box 844174<br>Dallas, TX 75284-4174 | 6/4/15, 6/18/15, 7/23/15, 8/13/15, 8/18/15, 8/28/15 | 45,020.99 | 0.00 |
| Jordyn Cronen<br>14B South St<br>Somersworth, NH 03878-2206 | 6/4/15, 6/11/15, 6/18/15, 6/24/15, 7/1/15, 7/9/15, 7/16/15, 7/23/15, 7/30/15, 8/5/15, 8/13/15, 8/18/15, 8/26/15 | 7,370.95 | 0.00 |
| Debbie Delisle<br>3 Newington Rd<br>Greenland, NH 03840-6209 | 6/11/15, 6/18/15, 6/24/15, 7/15/15, 7/30/15, 8/13/15 | 8,806.85 | 0.00 |
| Disney Sports Attractions<br>PO Box 403337<br>Atlanta, GA 30384-3337 | 7/1/15, 8/26/15 | 171,604.00 | 0.00 |
| England Logistics<br>PO Box 957695<br>Saint Louis, MO 63195-7695 | 6/11/15, 6/24/15, 7/23/15, 8/18/15 | 9,490.93 | 0.00 |
| FedEx<br>PO Box 371461<br>Pittsburgh, PA 15250-7461 | 6/11/15, 6/24/15, 7/16/15, 7/23/15, 8/18/15 | 7,712.46 | 0.00 |
| Anthony D. V. Fernandes<br>4 Bateson Dr<br>Andover, MA 01810-3402 | 6/11/15, 7/16/15, 8/13/15 | 17,479.26 | 0.00 |

© 2015 CNgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

| Name / Address | Dates | Amount | Amount 2 |
|---|---|---|---|
| FirstTrack Marketing Group, LLC<br>20220 Depot St Ste 2<br>Peterborough, NH 03458 | 6/18/15, 6/24/15, 8/18/15 | 27,958.42 | 0.00 |
| Donna V. Flood<br>16 Porter St<br>Portsmouth, NH 03801-4059 | 7/1/15, 7/30/15 | 10,169.72 | 0.00 |
| Formula4 Media, LLC<br>PO Box 231318<br>Great Neck, NY 11023-0318 | 7/30/15, 8/13/15 | 9,906.00 | 0.00 |
| GreenbergTraurig, LLC<br>1 International Pl<br>Boston, MA 02110-2602 | 6/4/15, 6/26/15, 7/23/15, 8/18/15 | 250,597.62 | 0.00 |
| Haining Baoquin Textile<br>21-1 N Danfeng Road Haichang St<br>Zhejiang China, | 8/11/15, 8/12/15,  8/14/15, 8/18/15,<br>8/26/15 | 280,454.52 | 0.00 |
| Hohenstein<br>Dr. Samuel Moore, PhD.<br>1688 Westbrook Ave<br>Burlington, NC 27215-9700 | 6/24/15, 8/26/15 | 61,243.40 | 0.00 |
| Jim Zeiba<br>10 Applewood Dr<br>Derry, NH 03038-3821 | 7/16/15, 8/13/15 | 10,740.14 | 0.00 |
| Jujie<br>Bache Town<br>Suzhou, Jiangsu | 6/5/15, 8/5/15, 8/26/15 | 257,072.67 | 0.00 |
| Legacy Supply Chain Services<br>c/o Griffin Transport Services Inc.<br>1941 Citrona Dr<br>Fernandina Beach, FL 32034-4414 | 7/30/15, 7/30/15 | 32,102.24 | 0.00 |
| Kevin McCarthy<br>1931 Woodbury Ave # 285<br>Portsmouth, NH 03801-3219 | 6/17/15, 7/1/15 | 4,731.47 | 0.00 |
| Scott McQuade<br>PO Box 320<br>Rye, NH 03870-0320 | 6/11/15, 6/18/15, 7/23/15, 8/26/15 | 17,581.32 | 0.00 |
| George Clayton<br>DBA New Perspective Business Solutions<br>1151 Woodbury Ave<br>Portsmouth, NH 03801-3215 | 6/18/15, 7/1/15, 7/16/15, 7/30/15,<br>8/18/15 | 19,840.00 | 0.00 |
| Portageo<br>8 Esplanade Compans Caffarelli<br>Toulouse | 6/15/15, 7/24/15, 8/11/15 | 20,834.64 | 0.00 |
| Prime Pacific Connections LLC<br>PO Box 15583<br>Irvine, CA 92623-5583 | 6/11/15, 6/24/15, 7/16/15, 7/16/15,<br>8/13/15, 8/16/15 | 16,677.40 | 0.00 |
| RE Search International, LLC<br>PO Box 461<br>Auburn, NH 03032-0461 | 6/4/15, 7/16/15 | 32,500.00 | 0.00 |
| Rope-A-Towel, Inc.<br>PO Box 1052<br>Windermere, FL 34786-1052 | 6/9/15, 6/30/15, 7/27/15, 8/6/15,<br>8/27/15 | 32,241.82 | 0.00 |
| SGS Hong Kong Ltd<br>B-15/F No 900 Yishan Rd<br>Xuhui District | 6/4/15, 6/15/15, 6/29/15, 7/17/15,<br>7/21/15, 7/27/15, 7/31/15 | 14,077.51 | 0.00 |
| Nicholas Skally<br>64 Austin St # 4<br>Portsmouth, NH 03801-4399 | 6/2/15, 6/4/15, 7/16/15, 7/30/15,<br>8/18/15, 8/27/15 | 21,942.72 | 0.00 |
| Sky Sports Group<br>Chung Hwa Road 3F No 20 Lane 619 | 6/15/15, 7/20/15, 8/11/15 | 198,967.89 | 0.00 |

**Tainan**

| | | | |
|---|---|---|---|
| Sonoco Products Co.<br>91218 Collection Center Dr<br>Chicago, IL  60693-0912 | 6/24/15, 7/23/15 | 8,473.67 | 0.00 |
| TD Bank<br>PO Box 84037<br>Columbus, GA  31908-4037 | 6/22/15, 7/20/15, 8/11/15 | 28,604.00 | 0.00 |
| Texwell<br>Room B 26th Floor Kaikai Plaza No888 Wan | 8/19/15 | 21,873.84 | 0.00 |
| TPC Textile AB-Nanjing<br>67 N Shanxi Rd Gulou District  Rm 1915/1 | 6/29/15, 7/1/15, 7/29/15 | 156,276.83 | 0.00 |
| TPC Textile AB- Stockholm<br>Stockholm Frihamn<br>Magasin 6 Entre 2 Swe | 6/5/15, 7/24/15 | 6,443.55 | 0.00 |
| Tucker & Latifi, LLP<br>160 E 84th St<br>New York, NY  10028-2008 | 6/4/15, 7/30/15, 8/13/15, 8/18/15 | 44,725.45 | 0.00 |
| Robert Westergren<br>8 Westridge Dr<br>Hampton, NH  03842-1153 | 6/11/15, 7/16/15, 8/13/15 | 10,579.67 | 0.00 |

© 2015 CINgroup 1 866.218.1003 – CINcompass (www.cincompass.com)

None  *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,255.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None ☐ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND<br>RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT<br>PAID | AMOUNT<br>STILL OWING |
|---|---|---|---|
| ADP Total Source<br>11 Northeastern Blvd<br>Salem, NH  03079-1953 | 9/17/14, 9/30/14, 10/16/14, 10/30/14,<br>11/13/14, 11/28/14, 12/12/14, 12/26/14,<br>1/8/15, 1/23/15, 2/5/15, 2/19/15, 3/5/15,<br>3/19/15, 3/31/15, 4/16/15, 4/30/15,<br>5/14/15, 5/28/15, 6/11/15, 6/12/15,<br>7/9/15, 7/14/15, 7/23/15, 8/7/15,<br>8/12/15, 8/21/15 | 2,042,603.31 | 0.00 |
| Kevin McCarthy<br>1931 Woodbury Ave # 285<br>Portsmouth, NH  03801-3219 | 10/9/14, 11/21/14, 12/11/14, 1/8/15,<br>2/25/15, 4/3/15, 4/17/15, 6/17/15,<br>7/1/15 | 47,677.17 | 0.00 |
| Richard Ferdinand<br>PO Box 802<br>New Castle, NH  03854-0802 | 10/2/14, 12/31/14, 4/2/15, 7/1/15 | 2,042.29 | 0.00 |
| Stebbins, Lazos, Van Der Beken, P.A.<br>66 Hanover St Ste 301<br>Manchester, NH  03101-2230 | 9/25/14, 10/9/14, 11/26/14, 12/18/14,<br>1/29/15, 2/19/15, 4/30/15, 5/21/15,<br>6/11/15 | 34,216.50 | 0.00 |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Nixon Peabody LLP**<br>**900 Elm Street**<br>**Manchester, NH  03060** | **$51,245- pre-petition work 8/12/2015$33,283.00- retainer- 8/18/2015$32,162.39- pre-petition work 8/26/15$41,717.00- Pre-petition work 8/31/15** | **158,407.39** |
| **Phoenix Capital**<br>**110 Commons Ct**<br>**Chadds Ford, PA  19317-9716** | **$50,000.00- 7/24/15$60,300.91- 8/26/15** | **110,300.99** |

**10. Other transfers**

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

---

**15. Prior address of debtor**

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

---

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

---

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

**18. Nature, location and name of business**

None ☑ a. *If the debtor is an individual,* list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

---

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

© 2015 CINgroup 1 866 218 1003 – CINcompass (www.cincompass.com)

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☐ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                  DATES SERVICES RENDERED

**Rich Ferdinand, CEO**
**c/o Tempnology LLC**
**210 Commerce Way Ste 100**
**Portsmouth, NH  03801-8204**

**Baker, Newman, Noyes**
**650 Elm St # 302**
**Manchester, NH  03101-2549**

None ☐ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME AND ADDRESS                                  DATES SERVICES RENDERED

**Baker, Newman, Noyes**
**650 Elm St # 302**
**Manchester, NH  03101-2549**

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME AND ADDRESS
**Rich Ferdinand**
**c/o Tempnology LLC**
**210 Commerce Way Ste 100**
**Portsmouth, NH  03801-8204**

**George Clayton**
**c/o Tempnology LLC**
**210 Commerce Way Ste 100**
**Portsmouth, NH  03801-8204**

None ☐ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within the **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                  DATE ISSUED
**People's Bank**
**325 State St**
**Portsmouth, NH  03801-4013**

**Clark's Insurance**
**PO Box 3543**
**Portland, ME  04104-3543**

### 20. Inventories

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

© 2015 CINgroup 1.866.218.1003 - CINcompass (www.cincompass.com)

**21. Current Partners, Officers, Directors and Shareholders**

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☑ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

**22. Former partners, officers, directors and shareholders**

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

**23. Withdrawals from a partnership or distributions by a corporation**

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

**24. Tax Consolidation Group**

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

**25. Pension Funds.**

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date: **September  1, 2015**          Signature: **/s/ Kevin McCarthy**

                                 **Kevin McCarthy, CEO**

                                                                    Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____**0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

B6A (Official Form 6A) (12/07)

**IN RE** Tempnology LLC, dba Coolcore _____    Case No. _____
_____Debtor(s)_____    _____(If known)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |
| | | TOTAL | 0.00 | |

(Report also on Summary of Schedules)

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

B6B (Official Form 6B) (12/07)

IN RE Tempnology LLC, dba Coolcore                                    Case No. _____
             Debtor(s)                                                                     (If known)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | Cash on hand | | 750.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | TD Bank- Wilmington, DE- $10,300.00 People's United Bank- 325 State Street, Portsmouth, NH 03801- $113560. | | 123,860.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | Dover warehouse | | 950.00 |
| | | Shanghai Office | | 6,122.00 |
| | | various customer prepayments or deposits | | 108,819.00 |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | WOFE - Granite Textile Co Ltd. | | 150,000.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

B6B (Official Form 6B) (12/07) - Cont.

**IN RE** Tempnology LLC, dba Coolcore _____  Case No. _____
Debtor(s)                                                                                                          (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts receivable** | | **399,756.00** |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **Patents, trademarks, etc.** | | **659,000.00** |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Corporate Books & Records, Administrative Desktop & Office Equipment, Sales Samples** | | **65,600.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | | **Finished Goods- {Primarily Domestic Distribution Finished Goods/Fabric- Primarily International Shipment Finished Goods/Fabric- Primarily International Shipment** | | **1,200,000.00** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

© 2015 CINgroup 1 866.218.1003 – CINcompass (www.cincompass.com)

B6B (Official Form 6B) (12/07) - Cont.

**IN RE** Tempnology LLC, dba Coolcore _____ Case No. _____
                          Debtor(s)                                                          (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | | **Trucks- On lease- not owned by company** | | **25,000.00** |
| | | | **TOTAL** | **2,739,857.00** |

**0** continuation sheets attached

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

B6C (Official Form 6C) (04/13)

IN RE Tempnology LLC, dba Coolcore
_____  Case No. _____
Debtor(s)                                                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $155,675. *
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

*Amount subject to adjustment on 4/1/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

© 2015 CINgroup 1 866 218 1003 – CINcompass (www.cincompass.com)

B6D (Official Form 6D) (12/07)

**IN RE** Tempnology LLC, dba Coolcore _____ Case No. _____
_____ Debtor(s) _____ (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." ( You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER _(See Instructions Above.)_ | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  <br><br>**Schleicher & Stebbins Hotel, LLC**  <br>**PO Box 4430**  <br>**Manchester, NH  03108-4430** | | | Advances made by Schleicher & Stebbins Hotel, LLC to Tempnology, LLC between 8/28/14 and 8/24/15  <br>2015-09-01 | | | | **5,550,000.00** | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO.  | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO.  | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO.  | | | | | | | | |
| | | | VALUE $ | | | | | |

___**0**___ continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | $ 5,550,000.00 | $ |
| Total (Use only on last page) | $ 5,550,000.00 | $ |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

B6E (Official Form 6E) (04/13)

IN RE **Tempnology LLC, dba Coolcore**                                        Case No. _____
                          Debtor(s)                                                                    (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**3** continuation sheets attached

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

B6E (Official Form 6E) (04/13) - Cont.

**IN RE** Tempnology LLC, dba Coolcore _____  Case No. _____
                     Debtor(s)                                                                                                    (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

_____**Wages, salaries, and commissions**_____
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Employee #1** | | | | | | | 6,857.00 | 6,857.00 | |
| ACCOUNT NO. **Employee #10** | | | | | | | 4,783.00 | 4,783.00 | |
| ACCOUNT NO. **Employee #11** | | | | | | | 3,886.00 | 3,886.00 | |
| ACCOUNT NO. **Employee #12** | | | | | | | 5,426.00 | 5,426.00 | |
| ACCOUNT NO. **Employee #13** | | | | | | | 3,678.00 | 3,678.00 | |
| ACCOUNT NO. **Employee #14** | | | | | | | 3,630.00 | 3,630.00 | |

Sheet no. **1** of **3** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **28,260.00** $ **28,260.00** $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.) $            $

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

B6E (Official Form 6E) (04/13) - Cont.

IN RE **Tempnology LLC, dba Coolcore**                                    Case No. _____
                          Debtor(s)                                                              (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Employee #15** | | | | | | | 2,763.00 | 2,763.00 | |
| ACCOUNT NO. **Employee #16** | | | | | | | 2,716.00 | 2,716.00 | |
| ACCOUNT NO. **Employee #17** | | | | | | | 1,909.00 | 1,909.00 | |
| ACCOUNT NO. **Employee #2** | | | | | | | 15,291.00 | 15,291.00 | |
| ACCOUNT NO. **Employee #3** | | | | | | | 10,347.00 | 10,347.00 | |
| ACCOUNT NO. **Employee #4** | | | | | | | 9,039.00 | 9,039.00 | |

Sheet no. ___**2**___ of ___**3**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)  $ **42,065.00** $  **42,065.00** $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)  $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)  $   $

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

B6E (Official Form 6E) (04/13) - Cont.

IN RE Tempnology LLC, dba Coolcore _____   Case No. _____
_____Debtor(s)_____                                   (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **Employee #5** | | | | | | | 6,813.00 | 6,813.00 | |
| ACCOUNT NO.  **Employee #6** | | | | | | | 6,154.00 | 6,154.00 | |
| ACCOUNT NO.  **Employee #7** | | | | | | | 9,369.00 | 9,369.00 | |
| ACCOUNT NO.  **Employee #8** | | | | | | | 9,383.00 | 9,383.00 | |
| ACCOUNT NO.  **Employee #9** | | | | | | | 7,220.00 | 7,220.00 | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. __3__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)   $ **38,939.00** $ **38,939.00** $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $ **109,264.00**

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)   $ **109,264.00** $

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

B6F (Official Form 6F) (12/07)

IN RE Tempnology LLC, dba Coolcore          Case No. _____
_____
               Debtor(s)                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**210 Commerce Way, LLC**<br>**210 Commerce Way Ste 300**<br>**Portsmouth, NH  03801-8200** | | | | | | | 9,072.72 |
| ACCOUNT NO.<br><br>**American Arbitration Association**<br>**150 E 42nd St Fl 17**<br>**New York, NY  10017-5643** | | | | | | X | 20,100.00 |
| ACCOUNT NO.<br><br>**Athena Apparel Solutions, LLC**<br>**100 Albany St Fl 1**<br>**Portsmouth, NH  03801-4977** | | | | | | | 3,125.00 |
| ACCOUNT NO.<br><br>**Baker Newman Noyes**<br>**PO Box 507**<br>**Portland, ME  04112-0507** | | | | | | X | 34,040.00 |

___3___ continuation sheets attached

|  | Subtotal (Total of this page) | $ | 66,337.72 |
|---|---|---|---|
|  | Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | |

© 2015 CINgroup 1 866 218 1003 - CINcompass (www.cincompass.com)

B6F (Official Form 6F) (12/07) - Cont.

IN RE Tempnology LLC, dba Coolcore _____    Case No. _____
                  Debtor(s)                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Caseiro Burke, LLC**<br>**PO Box 610**<br>**Scarborough, ME  04070-0610** | | | | | | X | 5,000.00 |
| ACCOUNT NO.<br>**Cool Canuk V**<br>**1416 Thornton Road**<br>**Burlington, ON  L7M 1-N5** | | | | | | | 3,000.00 |
| ACCOUNT NO.<br>**Crane Worldwide**<br>**PO Box 844174**<br>**Dallas, TX  75284-4174** | | | | | | X | 33,598.00 |
| ACCOUNT NO.<br>**Experticity, Inc.**<br>**Dept CH 19775**<br>**Palatine, IL  60055-9775** | | | | | | X | 6,177.21 |
| ACCOUNT NO.<br>**FirstTracks Marketing Group, LLC**<br>**20220 Depot St Ste 2**<br>**Peterborough, NH  03458** | | | | | | X | 13,359.33 |
| ACCOUNT NO.<br>**George Clayton**<br>**1151 Woodbury Ave**<br>**Portsmouth, NH  03801-3215** | | | | | | | 4,500.00 |
| ACCOUNT NO.<br>**Greenberg Traurig LLC**<br>**1 International Pl**<br>**Boston, MA  02110-2602** | | | | | | X | 300,435.80 |

Sheet no. ___1___ of ___3___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ 366,070.34

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

B6F (Official Form 6F) (12/07) - Cont.

IN RE Tempnology LLC, dba Coolcore _____  Case No. _____
                                    Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Haining Baoquin Textile no. 21-1 Danfeng Road Haichang Street Zhejiang, China,    31440-1 | | | | | | | 70,113.00 |
| ACCOUNT NO. | | | | | | | |
| Jim Zeiba 10 Applewood Dr Derry, NH  03038-3821 | | | | | | | 6,000.00 |
| ACCOUNT NO. | | | | | | | |
| Jordyn Cronen 14B South St Somersworth, NH  03878-2206 | | | | | | | 600.00 |
| ACCOUNT NO. | | | | | X | X | X | 0.00 |
| Justin V. Cupps 2 S Cherry Ln Rumson, NJ  07760-1404 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Marielle Ottavi c/o Portageo  8 Esplanade Compans Caffarelli Toulouse, France 31000, | | | | | | | 3,000.00 |
| ACCOUNT NO. | | | | X | X | X | |
| Mission Product Holdings 60 E 42nd St # 810 New York, NY  10165-0812 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Portsmouth Computer Group 30 Mirona Road Ext Portsmouth, NH  03801-5385 | | | | | | | 400.00 |

Sheet no. ____2___ of ___3___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ 80,113.00

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

B6F (Official Form 6F) (12/07) - Cont.

IN RE Tempnology LLC, dba Coolcore _____ Case No. _____
                                 Debtor(s)                                         (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Prime Pacific Connections LLC** <br> **PO Box 15583** <br> **Irvine, CA 92623-5583** | | | | | | | 3,500.00 |
| ACCOUNT NO. <br> **Ryan V. Drew** <br> **8201 Tally Ho Rd** <br> **Lutherville, MD 21093-4718** | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br> **Stebbins, Lazos & Van Der Beken, P.A.** <br> **66 Hanover St Ste 301** <br> **Manchester, NH 03101-2230** | | | | | | | 24,359.74 |
| ACCOUNT NO. <br> **Texwell** <br> **Room B 26th Floor Kaikai Plaza** <br> **No888 Wanhang Du Rd** <br> **Shanghei China,** | | | | | | | 15,660.62 |
| ACCOUNT NO. <br> **Tony Fernandez** <br> **4 Bateson Dr** <br> **Andover, MA 01810-3402** | | | | | | | 4,000.00 |
| ACCOUNT NO. <br> **Tucker & Latifi LLP** <br> **160 E 84th St** <br> **New York, NY 10028-2008** | | | | | | | 5,000.00 |
| ACCOUNT NO. <br> **Uline** <br> **PO Box 88741** <br> **Chicago, IL 60680-1741** | | | | | | | 64.50 |

Sheet no. ____3____ of ____3____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 52,584.86

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ 565,105.92

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

B6G (Official Form 6G) (12/07)

**IN RE** Tempnology LLC, dba Coolcore _____   Case No. _____
                                    Debtor(s)                                              (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

   Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **PJS Distributors Pty Ltd**<br>440 collins St, Level 12, Melbourne, VIC | **Australian Distributor** |
| **Mission Product Holdings**<br>60 E 42nd St # 810<br>New York, NY 10165-0812 | **Co-marketing and Distribution Agreement** |
| **Hyman Intl**<br>2-4-27-102 Minamihonjo, Fukiyama City, H | **Consulting service to Yijia Intl** |
| **Athena Apparel Solutions LLC**<br>100 Albany St<br>Portsmouth, NH 03801-4977 | **Design and Development** |
| **General Electric Capital Corporation**<br>300 E John Carpenter Fwy<br>Irving, TX 75062-2727 | **Disney vehicle lease** |
| **Trainers Choice**<br>205-480 Huronia Rd, Barrie, Ontario L4N | **Distributor of Coolcore products in Canada** |
| **Yijia International Trade Group**<br>6 Xiannggang Zong Rd, Building A, 8th fl | **Distributor of Coolcore products in China, Korea, Japan** |
| **Delco Illuminacio y Complementos**<br>Residencial Bosques de Moravia, Casa 7C, | **Distributor of Coolcore products in Costa Rica** |
| **UK Sports Product**<br>47 Brunel Rd, Bedford, England MK419TJ | **Distributor of Coolcore products in England, Scotland, Wales** |
| **SKS Trade**<br>65 Yegal Alon St, Tel Aviv, Israel 67443 | **Distributor of Coolcore products in Israel** |
| **LHR de Mexico**<br>Ave Batallon de San patricio #1000 L-140 | **Distributor of Coolcore products in Mexico** |
| **CAI Marketing Group**<br>454 Nathan Road, 8F, Kowloon, SAR, Hong | **Distributor of Coolcore products with Mossy Oak print** |
| **Rob Westergren**<br>8 Westridge Dr<br>Hampton, NH 03842-1153 | **employment contract** |
| **Dennis Ackroyd**<br>810 Meadow Rd<br>Casco, ME 04015-3313 | **employment contract** |
| **Sportsline**<br>Unit 1504-05, 102 Austin road, Tsinshats | **Hong Kong Distributor** |
| **Unique Piertech Solutions Pvt Limited**<br>Peninsula Techno park, Equinox Building | **India Distributor** |
| **Jim Zeiba**<br>10 Applewood Dr<br>Derry, NH 03038-3821 | **Innovation** |
| **Prime Pacific Connections LLC**<br>PO Box 15583<br>Irvine, CA 92623-5583 | **International sales support** |
| **RON Corp**<br>1-3-4 Shimomae, Toda City, Saitama 335-0 | **Japan Distributor** |
| **Hae Min Trading Co**<br>Haemin Bldg, 2F, 23 Seokchonhosu-ro 18-g | **Korean Distributor** |

© 2015 CINgroup 1 866.218.1003 – CINcompass (www.cincompass.com)

B6G (Official Form 6G) (12/07) - Cont.

**IN RE** Tempnology LLC, dba Coolcore _____    Case No. _____

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

Debtor(s)                                                                                                (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Muirfields LLC<br>c/o Kane Mgmt Group LLC,<br>210 Commerce Way # 300<br>Portsmouth, NH  03801-8200 | Lessee for office space |
| Jewett Commercial Park LLC<br>32 Harriman Hill Rd<br>Raymond, NH  03077-1510 | Lessee for warehouse space |
| Yijia International Trade Group<br>7 Xiannggang Zong Rd, Building A, 8th fl | Licensing of Coolcore TM |
| Beattie Matheson Ltd<br>Level 2, 272 Parnell Rd, Parnell, Auckla | New Zealand Distributor |
| Fruit of the Loom<br>1 Fruit of the Loom Dr<br>Bowling Green, KY  42103-7932 | provides fabric development services to customer |
| Hohenstein Institute of America<br>1688 Westbrook Ave<br>Burlington, NC  27215-9700 | receives Fabric testing services - pricing agreement (not bound to utilize their services) |
| ADP Total Source<br>11 Northeastern Blvd<br>Salem, NH  03079-1953 | receives Human resources services including payroll and benefits processing |
| Disney Worldwide Services<br>1675 E Buena Vista Dr<br>Lake Buena Vista, FL  32830-8405 | receives marketing, promotional, sponsorship services |
| Toshiya Sato<br>2-15-61 Inukura, Miyamae-Ku, Kawasaki, K | receives sales agent service - Japan |
| Kittredge and Associates<br>63 Grand Ave<br>River Edge, NJ  07661-1930 | receives sales rep services |
| MPW Sports Inc<br>21193 Gladiolos Way<br>Lake Forest, CA  92630-7618 | receives sales rep services |
| Rope-A-Towel<br>PO Box 1052<br>Windermere, FL  34786-1052 | receives sales rep services - Disney Parks |
| Perennial Sales<br>4963 Bacopa Ln S # 605<br>Saint Petersburg, FL  33715-2644 | receives sales rep services - Walgreens |
| Barrett Disbtribution Services<br>15 Freedom Way<br>Franklin, MA  02038-2586 | receives Warehouse storage, receiving, shipping |
| Cool Canuck (Dan Dexel)<br>1416 Thornton Rd, Burlington, Ca L7M 1N5 | Rep services for Trainers Choice contract |
| Ryan Drew<br>8201 Tally Ho Rd<br>Lutherville, MD  21093-4718 | Severance Agreement and Option Agreement |
| Justin Cupps<br>2 S Cherry Ln<br>Rumson, NJ  07760-1404 | Severance Agreement and Option Agreement |
| Metroasis  (Country Life Ltd)<br>169-1, Sec 1, Kangle Rd, Xinfeng Townshi | Taiwan Distributor |
| Tony Fernandez<br>4 Bateson Dr<br>Andover, MA  01810-3402 | Tech consultant-Germany |

© 2015 CINgroup.1 866.218.1003 – CINcompass (www.cincompass.com)

B6H (Official Form 6H) (12/07)

IN RE Tempnology LLC, dba Coolcore _____  Case No. _____
                        Debtor(s)                                                      (If known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

© 2015 CINgroup 1.866.218.1003 - CINcompass (www.cincompass.com)

 **3.**  **Resolutions of Members of Tempnology LLC**

## July 23, 2015

WHEREAS, Schleicher & Stebbins Hotels L.L.C., the holder of the company's secured debt (the "Holder") has delivered to the Company a Notice of Default and Demand declaring the principal and all interest and other costs due under such secured debt immediately due and payable (the "Default Notice"), and

WHEREAS, the Management Committee of Tempnology LLC (the "Company") met on July 16, 2015 to review, ask questions about and discuss the Default Notice, and to review the materials presented to it by the management of the Company regarding the liabilities and liquidity of the Company, the strategic alternatives available to it and the impact of the foregoing on the Company's business; and

WHEREAS, the Company's Management Committee authorized the President and CEO of the Company, Kevin McCarthy, and the CFO of the Company, Richard Ferdinand, (the "Authorized Persons") to, on behalf of the Company, negotiate and enter into a Forbearance Agreement with the Holder so as to delay the Holder's exercise of its rights against the assets of the Company under the secured loan; and

WHEREAS, the Authorized Persons have had the opportunity to consult with the legal and financial advisors of the Company to fully consider the strategic alternatives available to the Company and have, on behalf of the Company, entered into a Forbearance Agreement with Holder; andWHEREAS, the management of the Company, based on the recommendation of the legal and financial advisors of the Company, recommends to the Membership of the Company that they approve the following resolutions:

**I.    Commencement of Chapter 11 Case**

NOW, THEREFORE, BE IT RESOLVED, that the Company has determined, after consultation with the management and the legal and financial advisors of the Company, that it is desirable and in the best interests of the Company, its creditors, and other parties in interest that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and be it further

RESOLVED, that Authorized Persons in each case, acting singly or jointly, be, and each hereby is, authorized, empowered, and directed to execute and file in the name and on behalf of the Company, and under its corporate seal or otherwise, all petitions, schedules, motions, lists, applications, pleadings, and other papers in the United States Bankruptcy Court for the District of New Hampshire (the "Bankruptcy Court"), and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, investment bankers and other professionals, and to take and perform any and all further acts and deeds which such Authorized

Person deems necessary, proper, or desirable in connection with the Company's chapter 11 case (the "Chapter 11 Case"), including, without limitation, negotiating, executing, delivering and performing any and all documents, agreements, certificates and/or instruments in connection with the transactions and professional retentions set forth in this resolution, with a view to the successful prosecution of the Chapter 11 Case; and be it further

## II.       Debtor-in-Possession Financing

RESOLVED, that in connection with the Chapter 11 Case, it is in the best interest of the Company to seek, engage in, and the Company will obtain benefits from, post-petition financing from Holder; subject to approval by the Bankruptcy Court, which is necessary and appropriate to the conduct, promotion and attainment of the business of the Company (the "Debtor-in-Possession Financing"); and be it further

RESOLVED, that any Authorized Persons are hereby authorized, empowered, and directed, in the name and on behalf of the Company, to cause the Company to negotiate and approve the terms, provisions of and performance of, documents associated with the Debtor-in-Possession Financing, in the name and on behalf of the Company under its corporate seal or otherwise, and such other documents, agreements, instruments and certificates as such Authorized Persons executing the same considers necessary, appropriate, proper, or desirable to effectuate the transactions contemplated by the Debtor-in-Possession Financing; and be it further

## III.      Asset Purchase Agreements

RESOLVED, that in connection with the Chapter 11 Case, it is in the best interest of the Company to seek, engage in, and the Company will obtain benefits from an asset purchase agreement (the "Asset Purchase Agreement") for the sale of substantially all of the Company's assets; and be it further

RESOLVED, that any Authorized Person, along with the Company's investment banker and attorneys, is hereby authorized, empowered, and directed, in the name and on behalf of the Company, to cause the Company to negotiate and approve the terms, provisions of and performance of, and to prepare, execute and deliver the Asset Purchase Agreement, in the name and on behalf of the Company under its corporate seal or otherwise, and such other documents, agreements, instruments and certificates as such Authorized Person executing the same considers necessary, appropriate, proper, or desirable to effectuate the transactions contemplated by the Purchase Documents; and be it further

## IV.      Retention of Advisors

RESOLVED, that retention of the firm of Phoenix Capital Partners, as investment banker for the Company in the Chapter 11 Case, is hereby ratified and approved subject to Bankruptcy Court approval; and be it further

RESOLVED, that retention of the law firm of Nixon Peabody LLP, as attorneys for the Company in the Chapter 11 Case, is hereby ratified and approved subject to Bankruptcy Court approval; and be it further

**V.      Ratification**

RESOLVED, that any and all past actions heretofore taken by any Authorized Person of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved in all respects.

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE Tempnology LLC, dba Coolcore _____   Case No. _____
                                    Debtor(s)                                       (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____   Signature: _____
                                                                 Debtor

Date: _____   Signature: _____
                                                      (Joint Debtor, if any)
[If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____   _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer     Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

_____
Address

_____   _____
Signature of Bankruptcy Petition Preparer                                   Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the CEO _____ (the president or other officer or an authorized agent of the corporation or a

member or an authorized agent of the partnership) of the Tempnology LLC, dba Coolcore
(corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ 20 sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: / September 1, 2015       Signature: /s/ Kevin McCarthy

                                    **Kevin McCarthy**
                                    (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

© 2015 CINgroup 1 866-218-1003 - CINcompass (www.cincompass.com)

**United States Bankruptcy Court**
**District of New Hampshire, Manchester Division**

IN RE:                                                                   Case No. _____

Tempnology LLC, dba Coolcore _____     Chapter 11 _____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ........................................................................... $ _____**590.00/hr**

    Prior to the filing of this statement I have received ................................................................. $ _____**158,406.93**

    Balance Due ............................................................................................................................ $ _____

2.  The source of the compensation paid to me was:  ☑ Debtor   ☐ Other (specify):

3.  The source of compensation to be paid to me is:  ☑ Debtor   ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.   [Other provisions as needed]
    **Partners, $590, Associates $350-455, Counsel $545**

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:

<table>
<tr><td align="center">CERTIFICATION</td></tr>
</table>

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____**September  1, 2015**_____     **/s/ Daniel W. Sklar**_____
Date

**Daniel W. Sklar 01443**
**Nixon Peabody LLP**
**900 Elm Street**
**Manchester, NH  03060**

**dsklar@nixonpeabody.com**

© 2015 CINgroup 1 866 218 1003 – CINcompass (www.cincompass.com)

B6 Summary (Official Form 6 - Summary) (12/14)

## United States Bankruptcy Court
### District of New Hampshire, Manchester Division

**IN RE:**                                  Case No. _____

**Tempnology LLC, dba Coolcore** _____ Chapter **11** _____
                          Debtor(s)

### SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0.00 | | |
| B - Personal Property | Yes | 3 | $ 2,739,857.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 5,550,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 4 | | $ 109,264.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | $ 565,105.92 | |
| G - Executory Contracts and Unexpired Leases | Yes | 3 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 18 | $ 2,739,857.00 | $ 6,224,369.92 | |

© 2015 CINgroup 1.866.218.1003 - CINcompass (www.cincompass.com)