B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of New Hampshire, Manchester Division

IN RE:                                                                                          Case No. _____

Tempnology LLC, dba Coolcore                                                      Chapter 11
_____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **Greenberg Traurig LLC**<br>1 International Pl<br>Boston, MA  02110-2602 | **Jon Bell** | | Unliquidated | 300,435.80 |
| **Haining Baoquin Textile**<br>no. 21-1 Danfeng Road Haichang Street<br>Zhejiang, China,    31440-1 | | | | 70,113.00 |
| **Baker Newman Noyes**<br>PO Box 507<br>Portland, ME  04112-0507 | **Bill Steele** | | Unliquidated | 34,040.00 |
| **Crane Worldwide**<br>PO Box 844174<br>Dallas, TX  75284-4174 | **Shelley Barrett** | | Unliquidated | 33,598.00 |
| **Stebbins, Lazos & Van Der Beken, P.A.**<br>66 Hanover St Ste 301<br>Manchester, NH  03101-2230 | **Hank Stebbins** | | | 24,359.74 |
| **American Arbitration Association**<br>150 E 42nd St Fl 17<br>New York, NY  10017-5643 | **Jeff Zaino** | | Unliquidated | 20,100.00 |
| **Texwell**<br>Room B 26th Floor Kaikai Plaza<br>No888 Wanhang Du Rd<br>Shanghei China, | | | | 15,660.62 |
| **FirstTracks Marketing Group, LLC**<br>20220 Depot St Ste 2<br>Peterborough, NH  03458 | | | Unliquidated | 13,359.33 |
| Employee #3 | | | | 10,347.00 |
| Employee #8 | | | | 9,383.00 |
| Employee #7 | | | | 9,369.00 |
| **210 Commerce Way, LLC**<br>210 Commerce Way Ste 300<br>Portsmouth, NH  03801-8200 | **(603) 559-9636** | | | 9,072.72 |
| Employee #4 | | | | 9,039.00 |
| Employee #9 | | | | 7,220.00 |
| Employee #1 | | | | 6,857.00 |
| Employee #5 | | | | 6,813.00 |
| **Experticity, Inc.**<br>Dept CH 19775<br>Palatine, IL  60055-9775 | | | Unliquidated | 6,177.21 |
| **Jim Zeiba**<br>10 Applewood Dr<br>Derry, NH  03038-3821 | | | | 6,000.00 |
| Employee #12 | | | | 5,426.00 |

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

| | | | |
|---|---|---|---|
| Caseiro Burke, LLC<br>PO Box 610<br>Scarborough, ME 04070-0610 | Chris Casseiro | Unliquidated | 5,000.00 |
| Tucker & Latifi LLP<br>160 E 84th St<br>New York, NY 10028-2008 | | | 5,000.00 |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: September 1, 2015       Signature: */s/ Kevin McCarthy*

Kevin McCarthy, CEO

(Print Name and Title)