# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In re<br><br>TEMPNOLOGY, LLC<br><br>Debtor. | Bk. No. 15-11400 (BAH)<br><br>Chapter 11 |

## ORDER GRANTING MOTION TO AMEND
## THE DEBTOR'S VOLUNTARY PETITION

Upon the Motion to Amend the Debtor's Voluntary Petition (the "Motion") seeking entry of an order pursuant to sections 105 of chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code") authorizing the Debtor to amend its Voluntary Petition dated September 1, 2015 by removing "dba Coolcore" from the Debtor's name and to thereby remove any further reference to the said trade name on the case docket, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1. The Motion is GRANTED as set forth in this Order.

2. The Voluntary Petition will be amended by removing "dba Coolcore" from the Debtor's name.

3. The Clerk of Court will remove all further references to "dba Coolcore."

Dated: __September 3__, 2015

/s/ Bruce A. Harwood
Honorable Bruce A. Harwood
United States Bankruptcy Judge

4818-8594-6408.1