# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW HAMPSHIRE

In re:                                                      Bk. No. 15-11400-BAH
                                                                            Chapter 11

Tempnology LLC,
              Debtor(s)

## ORDER OF THE COURT

Hearing Date:           09/18/2015

Nature of Proceeding:     Doc# 14 Motion for Adequate Protection and Scheduling of a Final Hearing, Motion to Use Cash Collateral and Authorizing Debtor to Obtain Post-Petition Financing Filed by Debtor Tempnology LLC.

Outcome of Hearing:

MOVANT TO SUBMIT A PROPOSED ORDER ON OR BEFORE SEPTEMBER 25, 2015


IT IS SO ORDERED:


/s/ Bruce A. Harwood           09/18/2015

Bruce A. Harwood
Chief Judge