# UNITED STATES BANKRUPTCY COURT
District of New Hampshire
1000 Elm Street
Suite 1001
Manchester, NH 03101−1708

---

In re:                                                                   Bk. No. 15−11400−JMD
                                                                        Chapter 11

Tempnology LLC
     Debtor

---

## NOTICE OF DISMISSAL
## (CONTINGENT)

On September 1, 2015, a Chapter 11 Voluntary Petition was filed in this case (Doc. No. 1). As required by Administrative Order 5005−4, the attorney filing the document is required to submit a Declaration regarding Electronic Filing, LBF 5005−4 (the "Declaration"). It appears the Declaration was not submitted as required. The case cannot be administered without said Declaration. Accordingly, this case shall be dismissed for failure to submit said Declaration unless the Declaration is submitted on or before **October 21, 2015**.

Date: September 30, 2015                                                    Bonnie L. McAlary, Clerk
                                                                                             By: /s/ G. Llewellyn
                                                                                                   Deputy Clerk

Form ntcdisdec−316