UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In re<br><br>TEMPNOLOGY, LLC<br><br>Debtor. | Bk. No. 15-11400 (JMD)<br><br>Chapter 11 |

**DECLARATION AND DISCLOSURE STATEMENT OF CHRIS A. CASEIRO, ON BEHALF OF CASEIRO BURKE, LLC**, who hereby declares, pursuant to Section 1746 of title 28 of the United States Code:

1. I am Chris A. Caseiro of Caseiro Burke, LLC, located at 383 US Route One, Scarborough, ME 04074 US (the "Firm").

2. Tempnology, LLC, as a debtor and debtor-in-possession (the "Debtor") has requested that the Firm provide intellectual property legal services to the Debtor, and the Firm has consented to provide such services.

3. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to this chapter 11 case, for persons that are parties in interest in the Debtor's chapter 11 case, however, the Firm does not perform services for any such person in connection with this chapter 11 case. In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtor or its estates with respect to the matters on which my Firm is to be employed.

4. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtor with any other person other than the principals and regular employees of the Firm.

4843-1227-7289.1

5.        Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtor or its estates with respect to the matters on which my Firm is to be employed.

6.        The Debtor owes the Firm $5760.65 for prepetition services.

7.        The Firm is conducting further inquiries regarding its retention by any creditors of the Debtor, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 12, 2015

By: /s/ Chris A. Caseiro
Chris A. Caseiro, Managing Attorney

4843-1227-7289.1