UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In re<br><br>TEMPNOLOGY, LLC<br><br>Debtor. | Bk. No. 15-11400 (JMD)<br><br>Chapter 11 |

**DECLARATION AND DISCLOSURE STATEMENT OF DANA J. BANKS**, **ON BEHALF OF BAKER NEWMAN & NOYES LLC**, hereby declares, pursuant to Section 1746 of title 28 of the United States Code:

1. I am Dana J. Banks of Baker Newman Noyes LLC, located at 280 Fore St., Portland, ME 04101 (the "Firm").

2. Tempnology, LLC, as a debtor and debtor-in-possession (the "Debtor") has requested that the Firm provide accounting (tax and audit) services to the Debtor, and the Firm has consented to provide such services.

3. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to this chapter 11 case, for persons that are parties in interest in the Debtor's chapter 11 case, however, the Firm does not perform services for any such person in connection with this chapter 11 case. In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtor or its estates with respect to the matters on which my Firm is to be employed.

4. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtor with any other person other than the principals and regular employees of the Firm.

4840-7602-1545.1

5. Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtor or its estates with respect to the matters on which my Firm is to be employed.

6. The Debtor owes the Firm $34,040.00 for prepetition services.

7. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtor, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 19, 2015

By: *Dana J. Banks*
     Dana J. Banks

4840-7602-1545.1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of foregoing *Declaration and Disclosure Statement of Dana J. Banks* was served on this 22nd day of October, 2015, via CM/ECF, e-mail, or Regular U.S. Mail on the following parties as indicated below.

**VIA CM/ECF:**

Office of the United States Trustee
USTPRegion01.MR.ECF@usdoj.gov

Ann Marie Dirsa Office of the United States Trustee
ann.marie.dirsa@usdoj.gov

Christopher M. Candon Counsel to Creditor Schleicher & Stebbins Hotels, LLC
ccandon@sheehan.com

Roma N. Desai Counsel to Creditor Mission Product Holdings, Inc.
rdesai@bernsteinshur.com

Robert J. Keach Counsel to Creditor Mission Product Holdings, Inc.
rkeach@bernsteinshur.com

Michael A. Klass Counsel to Creditor Mission Product Holdings, Inc.
mklass@bernsteinshur.com

Jessica A. Lewis Counsel to Creditor Mission Product Holdings, Inc.
jlewis@bernsteinshur.com

James F. Raymond Counsel to Creditor Cool Canuck Corp. and City of Portsmouth
jraymond@upton-hatfield.com

Steven J. Venezia Counsel to Creditor Cool Canuck Corp.
svenezia@uptonhatfield.com

Ryan M. Borden Counsel to Michael S. Askenaizer
rborden@fordlaw.com

Edmond J. Ford Counsel to Michael S. Askenaizer
eford@fordlaw.com

**VIA U.S. REGULAR MAIL**

Michael Siedband, Esq. Counsel to Creditor Mission Holdings, Inc.
Bernstein, Shur, Sawyer & Nelson
100 Middle Street
Portland, ME 04101

Dated: October 22, 2015   /s/ *Daniel W. Sklar*
　　　　　　　　　　　　　Daniel W. Sklar, Esq. BNH# 01443
　　　　　　　　　　　　　Christopher Desiderio (PHV)
　　　　　　　　　　　　　Christopher Fong (PHV)
　　　　　　　　　　　　　Nixon Peabody LLP
　　　　　　　　　　　　　900 Elm Street
　　　　　　　　　　　　　Manchester, NH 03101
　　　　　　　　　　　　　Phone: (603) 628-4000