## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In re<br><br>TEMPNOLOGY, LLC<br><br>Debtor. | Bk. No. 15-11400 (BAH)<br><br>Chapter 11 |

## DEBTOR'S NOTICE OF SUCCESSFUL BIDDER

Tempnology, LLC (the "Debtor"), as a debtor and debtor-in-possession, respectfully states as follows:

1. In accordance with the Court's *Order (I)(A) Approving Procedures In Connection With Sale Of Substantially All Of Debtor's Assets, (B) Approving Stalking Horse Protections, (C) Scheduling Related Auction And Hearing To Consider Approval Of Sale, (D) Approving Procedures Related To Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases, And (E) Approving Form And Manner Of Notice Thereof, And (II)(A) Authorizing Sale Of Substantially All Of Debtor's Assets Pursuant To Successful Bidder's Asset Purchase Agreement, Free And Clear Of Liens, Claims, Encumbrances, And Other Interests, And (B) Approving Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases Related Thereto* (the "Bid Procedures Order")[1] on November 5, 2015, the Debtor held an auction (the "Auction") for substantially all of the Debtor's assets.

2. At the Auction, the Debtor in consultation with its professionals, determined that the Stalking Horse Bidder submitted the highest and best bid valued at $2,700,000.00 which

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

4849-3329-1050.3

consists of: (i) the previously allowed credit bid of $750,000 of post-petition secured debt; (ii) a credit bid of $443,000 of its pre-petition secured debt; (iii) the addition of the following as Assumed Liabilities under the APA: (a) prepetition general unsecured debt at the amount scheduled by the Debtor in the aggregate amount of approximately $657,000 excluding prepetition debt scheduled as disputed and any rejection damage claim and (b) the assumption of postpetition trade accounts payable of approximately $50,000 (excluding rejection damages claims or alleged litigation claims); (iv) the removal of the following from the Acquired Assets under the APA: (a) inventory valued at $120,000 (book value of $1,200,000 with a liquidation value of 10%); (b) accounts receivable valued at $80,000 (book value of $100,000 discounted by 20%); and (c) cash or cash equivalents valued at approximately $600,000.

3. At the conclusion of the Auction, Mission Product Holdings, Inc. elected to not serve as the Back-Up Bidder.

                                                    Respectfully submitted,
                                                    TEMPNOLOGY, LLC
                                                    By its attorneys,

                                                    NIXON PEABODY LLP

Date: November 6, 2015

                                                    /s/ *Daniel W. Sklar*
                                                    Daniel W. Sklar, Esq. BNH# 01443
                                                    Christopher Desiderio (PHV)
                                                    Nixon Peabody LLP
                                                    900 Elm Street
                                                    Manchester, NH 03101
                                                    Phone: (603) 628-4000

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing *Debtor's Notice Of Successful Bidder* was served on this 6th day of November, 2015, via CM/ECF, e-mail, or Regular U.S. Mail on the following parties as indicated below.

**VIA CM/ECF:**

Office of the United States Trustee
USTPRegion01.MR.ECF@usdoj.gov

Ann Marie Dirsa Office of the United States Trustee
ann.marie.dirsa@usdoj.gov

Christopher M. Candon Counsel to Creditor Schleicher & Stebbins Hotels, LLC
ccandon@sheehan.com

Roma N. Desai Counsel to Creditor Mission Product Holdings, Inc.
rdesai@bernsteinshur.com

Robert J. Keach Counsel to Creditor Mission Product Holdings, Inc.
rkeach@bernsteinshur.com

Michael A. Klass Counsel to Creditor Mission Product Holdings, Inc.
mklass@bernsteinshur.com

Jessica A. Lewis Counsel to Creditor Mission Product Holdings, Inc.
jlewis@bernsteinshur.com

James F. Raymond Counsel to Creditor Cool Canuck Corp. and City of Portsmouth
jraymond@upton-hatfield.com

Steven J. Venezia Counsel to Creditor Cool Canuck Corp.
svenezia@uptonhatfield.com

Ryan M. Borden Counsel to Michael S. Askenaizer
rborden@fordlaw.com

Edmond J. Ford Counsel to Michael S. Askenaizer
eford@fordlaw.com

**VIA EMAIL:**

Greenberg Traurig – Creditor
BELLJ@GTLAW.com

Haining Baoquin Textile – Creditor
lch0704@yeah.net

Baker Newman Noyes – Creditor
BSteele@bnncpa.com

American Arbitration Association – Creditor
ZainoJ@adr.org

Texwell – Creditor
xy_xu@tex-fabric.com

First Tracks Marketing – Creditor
mnelson@firsttracksmarketing.com

210 Commerce Way, LLC – Creditor
Mkane@netkane.com

Jim Zeiba – Creditor
jzeiba@comcast.net

Crane Worldwide – Creditor
Shelley.barrett@craneww.com

Caseiro & Burke – Creditor
ccaseiro@caseiroburke.com

Experticy – Creditor
elizabeth.brooks@experticity.com

Stebbins, Lazos & Van Der Beken, P.A. – Other Professional
hstebbins@slvlaw.com

Tucker & Latifi LLP – Other Professional
RTucker@tuckerlatifi.com

4849-3329-1050.3

**VIA U.S. REGULAR MAIL**

Michael Siedband, Esq. – Counsel to Creditor
Mission Holdings, Inc.
Bernstein, Shur, Sawyer & Nelson
100 Middle Street
Portland, ME 04101

Disney Worldwide Services – Creditor
PO Box 403337
Atlanta, GA 30384-3337

Legacy Supply Chain Services - Creditor
c/o Griffin Transport Services, Inc.
1941 Citrona Drive
Fernandina Beach, FL 32034-4414

Prime Pacific Connections, LLC – Creditor
PO Box 15583
Irvine, CA 92623-5583

Employee #3 – Creditor
[Address Redacted]

Employee #4 – Creditor
[Address Redacted]

Employee #7 – Creditor
[Address Redacted]

Employee #8 – Creditor
[Address Redacted]

Employee #9 – Creditor
[Address Redacted]

Phoenix Capital Resources – Financial Advisor
110 Commons Court
Chads Ford, PA 19317

Nova-tex – Creditor
Unit B, 11/F Silvercorp Tower
Nathan Road
Kowloon Hong Kong 707-713

Hohenstein - Creditor
1688 Westbrook Ave.
Burlington, NC 27215-9700

/s/ *Daniel W. Sklar*

4849-3329-1050.3