Michael Askenaizer as Trustee                                          December 4, 2015

29 Factory Street  
Nashua, NH 03060

|  |  | File #: | 1808-060 |
|---|---|---|---|
| Attention: |  | Inv #: | Sample |

RE:     Tempnology, LLC  15-11400 (Examiner)

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Oct-02-15 | Various telephone conf with M Askenaizer | 0.60 | 240.00 | EJF |
|  | Review documents | 1.10 | 440.00 | EJF |
|  | Hearing on bid procedures etc; post hearing telephone conf with M Askenaizer | 1.40 | 560.00 | EJF |
|  | Read asset purchase agreement | 0.50 | 200.00 | EJF |
|  | Research/Draft motion to employ | 0.80 | 152.00 | RMB |
| Oct-05-15 | Review bid procedures; order draft; and email to M Askenaizer | 1.30 | 520.00 | EJF |
|  | Telephone conf with Chris D at Nixon Peabody | 0.30 | 120.00 | EJF |
|  | Research law on Section 105 authority to employ; Finalize motion to employ | 0.50 | 95.00 | RMB |
| Oct-06-15 | Review proposed order; telephone conf with Mike Seidband; telephone conf with Mike Askenaizer; email to Chris Disederio; email from G Karonis | 0.80 | 320.00 | EJF |
|  | Review application to employ and order | 0.80 | 320.00 | EJF |
|  | Research and revise application to employ; Phone conf with Mike application; Phone conf with Maureen @ Court re notice of hearing | 1.00 | 190.00 | RMB |
| Oct-09-15 | Draft EJF notice of appearance; file; review email from M. Askenaizer | 0.50 | 95.00 | RMB |
| Oct-15-15 | Review MOR | 0.40 | 160.00 | EJF |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Review form of order on Phoenix | 0.40 | 160.00 | EJF |
| Oct-16-15 | Review motion on Mission Products 365(n) rights | 0.60 | 240.00 | EJF |
|  | Review sale orders | 0.80 | 320.00 | EJF |
| Oct-19-15 | Telephone conf with M Askenaizer; review dip financing order; review offering memorandum on the sale process | 1.50 | 600.00 | EJF |
| Nov-02-15 |  | 0.30 | 120.00 | EJF |
|  | Prepare for hearing | 2.10 | 840.00 | EJF |
| Nov-03-15 | Travel to and from hearing | 2.00 | 400.00 | EJF |
|  | Prepare for hearing | 0.80 | 320.00 | EJF |
|  | Hearing on 365(N) issue | 1.70 | 680.00 | EJF |
|  | Review bid package from Mission and orders etc. | 0.80 | 320.00 | EJF |
| Nov-04-15 | Various emails with D Sklar and M Askenaizer | 0.40 | 160.00 | EJF |
| Nov-05-15 | Travel to and from auction | 2.00 | 400.00 | EJF |
|  | Observe Auction | 4.00 | 1,600.00 | EJF |
|  | Begin work on report: research equitable subordination or recharacterization | 3.00 | 1,200.00 | EJF |
|  | Continued research on recharacterization | 0.30 | 120.00 | EJF |
|  | Email exchange and conf with R McPartlin regarding intellectual property and perfection; conf with Rick regarding the same | 0.60 | 240.00 | EJF |
|  | Telephone conf with Ann Dirsa | 0.60 | 240.00 | EJF |
|  | Telephone conf with C Condon | 0.60 | 240.00 | EJF |
|  | Call with EJF re motions and research | 0.20 | 50.00 | RKM |
| Nov-06-15 | Research re equitable subordination, recharacterization and ip security interests, e-mail E Ford re security interests | 3.70 | 925.00 | RKM |

|            |                                                                                                             |      |          |     |
|------------|-------------------------------------------------------------------------------------------------------------|------|----------|-----|
|            | Draft motion to extend time                                                                                  | 1.60 | 400.00   | RKM |
| Nov-07-15  | Work on Examiners report                                                                                     | 2.20 | 880.00   | EJF |
| Nov-08-15  | Work on examiners report                                                                                     | 3.70 | 1,480.00 | EJF |
| Nov-09-15  | Work on Examiners Report                                                                                     | 0.90 | 360.00   | EJF |
|            | Work on examiners report                                                                                     | 2.60 | 1,040.00 | EJF |
|            | Further work on examiners report                                                                             | 0.40 | 160.00   | EJF |
|            | Research re recharcterization and equitable subordination                                                    | 1.70 | 425.00   | RKM |
|            | Research damages issue                                                                                       | 0.60 | 114.00   | RMB |
| Nov-10-15  | Work on Examiners report;                                                                                    | 2.40 | 960.00   | EJF |
|            | Conf call with Nixon Peabody and Phoenix Capital regarding marketing efforts                                 | 1.00 | 400.00   | EJF |
|            | Review debt draw schedule; review press release                                                              | 0.40 | 160.00   | EJF |
|            | Research and draft memo re recharacterization and equitable subordination, review examiner's report re same  | 4.50 | 1,125.00 | RKM |
|            | Research damages issue                                                                                       | 2.40 | 456.00   | RMB |
| Nov-11-15  | Work on Examiners report                                                                                     | 2.00 | 800.00   | EJF |
|            | Incorporate Rick's work into report; email to Mike                                                           | 0.80 | 320.00   | EJF |
|            | Review examiners report                                                                                      | 0.40 | 160.00   | EJF |
|            | Research and revise equity subordination section of report                                                   | 1.70 | 425.00   | RKM |
| Nov-12-15  | Telephone conf with C Desiderio regarding recharacterization and request for more post petition funding      | 0.40 | 160.00   | EJF |
|            | Review emails; review decision                                                                               | 0.40 | 160.00   | EJF |
|            | Work on report etc                                                                                           | 1.80 | 720.00   | EJF |

|           | Description | Hours | Amount | Atty |
|-----------|-------------|-------|--------|------|
|           | Review and revise to incorporate M Askenaizer comments to report | 1.10 | 440.00 | EJF |
|           | Review S&S Objection to auction | 0.40 | 160.00 | EJF |
|           | Review filings and order in matter | 0.40 | 100.00 | RKM |
|           | Research damages issue | 1.00 | 190.00 | RMB |
| Nov-13-15 | Emails from M Askenaizer; call to H Stebbins | 0.30 | 120.00 | EJF |
|           | Work on report; telephone conf with H Stebbins (.1) | 1.30 | 520.00 | EJF |
|           | review cash collateral filing, conf with RMB re damages research | 0.20 | 50.00 | RKM |
|           | Research damages | 2.50 | 475.00 | RMB |
| Nov-14-15 | Review filings by Mission and Debtor's financing motion | 1.40 | 560.00 | EJF |
| Nov-15-15 | Draft response to Mission Objection to Auction | 5.20 | 2,080.00 | EJF |
| Nov-16-15 | Telephone conf with M Askenaizer | 0.30 | 120.00 | EJF |
|           | Telephone conf with C Condon | 0.40 | 160.00 | EJF |
|           | Email exchange with M Askenaizer | 0.20 | 80.00 | EJF |
|           | Review Sklar response to Mission Objection; review S&S Response; Review Co marketing agreement; Review MIssion proof of claim | 2.80 | 1,120.00 | EJF |
|           | Prepare fpr Monday's hearing | 0.60 | 240.00 | EJF |
|           | Phone conf with Ed re amendments to examiner's report; revise examiner's report; draft motion to approve amendment | 1.00 | 190.00 | RMB |
|           | Revise response to Mission's objection; research case law on 2-party disputes and standard for 363 sale | 2.00 | 380.00 | RMB |
|           | Research damages | 0.80 | 152.00 | RMB |
| Nov-17-15 | Review transcript of auction | 0.80 | 320.00 | EJF |

|           | Description | Hours | Amount | Atty |
|-----------|-------------|-------|--------|------|
|           | Review latest litigation between S&S and Mission; review consequences for the sale; review witness lists etc. | 1.40 | 560.00 | EJF |
|           | Further preparation for hearing on the sale. | 1.30 | 520.00 | EJF |
|           | Tempnology hearing | 7.00 | 2,800.00 | EJF |
|           | Review filings re matter | 0.30 | 75.00 | RKM |
|           | Research and draft memo on NY consequential damages law | 3.50 | 665.00 | RMB |
| Nov-18-15 | Travel to and from and attend hearing on sale | 8.20 | 3,280.00 | EJF |
| Nov-19-15 | Email exchange with Dan Sklar and Rich Ferdinand; review files and make notes for investigation | 1.50 | 600.00 | EJF |
| Nov-20-15 | Telephone conf with D Sklar and R Ferdinand and M Askenaizer. telephone conf with M Askenaizer after | 1.10 | 440.00 | EJF |
|           | Call to Mark Berthiaume | 0.10 | 40.00 | EJF |
|           | Reveiw transcripts of testimony | 0.40 | 160.00 | EJF |
|           | research re legal fees claim | 2.20 | 550.00 | RKM |
| Nov-21-15 | Read part of transcript of arbitration hearing | 1.80 | 0.00 | EJF |
|           | Review Transcript of arbitration hearing | 2.80 | 1,120.00 | EJF |
|           | Review second day of arbitration transcript and start of third day | 2.00 | 0.00 | EJF |
| Nov-23-15 | Travel to and from and attend hearing on sale | 6.80 | 2,720.00 | EJF |
| Nov-30-15 | Review form of order; | 1.10 | 440.00 | EJF |
|           | Telephone conf with Chris Desiderio regarding form of order | 0.30 | 120.00 | EJF |
|           | revise form of order; telephone conf with M Askenaizer; email to Chris Desiderio | 0.60 | 240.00 | EJF |
|           | Review notice re issues for appeal | 0.10 | 25.00 | RKM |
| Dec-04-15 | Draft motion to release fee examiner; Draft fee | 2.60 | 494.00 | RMB |

application; Draft motion to expedite; phone conf with Attorneys re assent to expedite motions; draft notice of hearing

Totals     136.10    $45,598.00

## FEE SUMMARY:

| Lawyer | Hours | Effective Rate | Amount |
|---|---|---|---|
| Edmond J. Ford | 100.30 | $376.87 | $37,800.00 |
| Richard K. McPartlin | 16.60 | $250.00 | $4,150.00 |
| Ryan M. Borden | 19.20 | $190.00 | $3,648.00 |

## DISBURSEMENTS

| Date | Description | Disbursements | Receipts |
|---|---|---|---|
| Nov-09-15 | Transcription of bankruptcy auction | 68.50 | |
| Nov-12-15 | UCC search (NH): TEMPNOLOGY, LLC | 24.00 | |
| Nov-13-15 | Postage for Examiner Report 10 at $2.30 | 34.00 | |
| Nov-16-15 | Postage for Response to Obj, Motion to Amend Examiner Report 10@ $2.30 | 23.00 | |
| Nov-18-15 | Republic Cafe & Bistro | 42.70 | |
| | Brady Sullivan Plaza - parking | 14.00 | |
| Nov-24-15 | Postage re Amended Examiner's Report 10 at $2.30 | 23.00 | |
| Nov-30-15 | Brady Sullivan-parking | 8.00 | |
| | Manchester Garage - parking | 3.75 | |
| | Totals | $240.95 | $0.00 |

| | |
|---|---|
| **Total Fees & Disbursements** | $45,838.95 |
| Previous Balance | $0.00 |
| Previous Payments | $0.00 |
| **Balance Due Now** | $45,838.95 |
| **AMOUNT QUOTED:** | $0.00 |