UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In re<br><br>TEMPNOLOGY, LLC<br><br>Debtor. | Bk. No. 15-11400 (JMD)<br><br>Chapter 11 |

**STATEMENT OF PAYMENTS TO ORDINARY COURSE PROFESSIONALS**

In accordance with the Order Authorizing Debtor to Employ Professionals Utilized in the Ordinary Course of Business (the "OCP Order") [Dkt. No. 190],[1] the Debtor proposes to make the following payments to Ordinary Course Professionals:

| Professional | Services | Period | Fees | Expenses | Total |
|---|---|---|---|---|---|
| Tucker & Latifi | Trademark Attorney | Sept. 1 - 30 | $5,281.25 | $2,132.35 | $7,413.60 |
| Tucker & Latifi | Trademark Attorney | Oct. 1 - 30 | $7,091.25 | $2,325.95 | $9,417.20 |
| Caseiro & Burke | Patent Attorney | Sept. 1 – 30 | $12,060.00 | $707.52 | $12,767.52 |
| Caseiro & Burke | Patent Attorney | Oct. 1 – 31 | $6,440.00 | $6,611.46 | $13,051.46 |
| Caseiro & Burke | Patent Attorney | Nov. 1 - 30 | $3,820.00 | $2,456.00 | $6,276.00 |

Absent any objection filed by the United States trustee within ten (10) days of the filing of this Statement, the Debtor shall be authorized to make the payments contemplated herein pursuant to paragraph 12 of the OCP Order without further order of this Court.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the OCP Order.

-1-

Date: December 8, 2015

Respectfully submitted,

TEMPNOLOGY, LLC
By its attorneys,

NIXON PEABODY LLP

/s/ *Daniel W. Sklar*
Daniel W. Sklar, Esq. BNH# 01443
Christopher Desiderio (PHV)
Nixon Peabody LLP
900 Elm Street
Manchester, NH 03101
Phone: (603) 628-4000

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Statement of Payments to Ordinary Course Professional* was served on this 8th day of December, 2015, via CM/ECF, e-mail, or Regular U.S. Mail on the following parties as indicated below.

**VIA CM/ECF:**

Office of the United States Trustee
USTPRegion01.MR.ECF@usdoj.gov

Christopher M. Candon Counsel to Creditor Schleicher & Stebbins Hotels, LLC
ccandon@sheehan.com

**VIA EMAIL:**

Tucker & Latifi LLP – Other Professional
RTucker@tuckerlatifi.com

Caseiro & Burke – Creditor
ccaseiro@caseiroburke.com

/s/ *Daniel W. Sklar*

4817-2223-2619.1