

**NIXON PEABODY**

NIXON PEABODY LLP
ATTORNEYS AT LAW

NIXONPEABODY.COM
@NIXONPEABODYLLP

FEDERAL I.D. NO. 16-0764720

900 Elm Street
Manchester, NH  03101
TEL: (603) 628-4000
FAX: (603) 628-4040

Tempnology, LLC
210 Commerce Way, Suite 100
Portsmouth, NH 03801

December 8, 2015
Invoice No. 9720859
Account: 071881
Sklar, Daniel W.
Terms: Due Upon Receipt

---

**FOR PROFESSIONAL SERVICES RENDERED through November 30, 2015, including:**

---

**MATTER NO.:  000002**      **DEBT RESTRUCTURING**

**For Professional Fees:**

| Date | Timekeeper | Hours | Description of Services |
|------|-----------|-------|-------------------------|
| 09/01/15 | C. Desiderio | 5.90 | Attention to finalizing all first day pleadings (4.0).  Filing and related follow up (.6).  Finalize and serve letter regarding mediation (.3).  Respond to US Trustee questions and comments (.5).  Attention to final APA and DIP agreements (.5). |
| 09/01/15 | D. Sklar | 0.40 | Telephone conference and e-mails with C. Candon regarding edits to APA. |
| 09/01/15 | D. Sklar | 0.10 | Conference with C. Carlin to review Petition and Schedules. |
| 09/01/15 | D. Sklar | 0.40 | Review various drafts of DIP Loan Motion. |
| 09/01/15 | D. Sklar | 0.10 | Telephone conference with C. Desiderio regarding hearing dates. |
| 09/01/15 | D. Sklar | 0.30 | Review Cash Collateral Budget and Motion to Use . |
| 09/01/15 | D. Sklar | 0.20 | Review e-mails from US Trustee. |
| 09/01/15 | D. Sklar | 0.40 | E-mails with clients regarding US Trustee guidelines. |
| 09/01/15 | D. Sklar | 0.20 | Attention to Retention Motion. |
| 09/01/15 | D. Sklar | 0.20 | Review Motion to Pay Shipper/Warehouse. |
| 09/02/15 | C. Desiderio | 4.70 | Prepare for hearing (4.7).  Respond to various client inquiries (.6).  Respond and address US Trustee questions and comments (1.6).  Attention to finalizing and filing second day pleadings (1.0). |
| 09/02/15 | D. Sklar | 0.30 | Telephone conference with V. Colistra (.1).  Review court notices and order approving request to expedite hearing |

Nixon Peabody LLP
Invoice # 9720859    Page 2

| Date | Timekeeper | Hours | Description of Services |
|---|---|---|---|
| | | | (.2). |
| 09/02/15 | D. Sklar | 0.10 | E-mail from client with Insurance Binder. |
| 09/02/15 | D. Sklar | 0.10 | E-mail to US Trustee to forward same. |
| 09/02/15 | D. Sklar | 0.30 | Motion to Amend Voluntary Petition. |
| 09/02/15 | D. Sklar | 0.50 | Review several second day motions. |
| 09/02/15 | D. Sklar | 0.10 | Telephone conference with client regarding use of brand name. |
| 09/02/15 | D. Sklar | 0.10 | Telephone conference with Wall Street Journal reporter. |
| 09/02/15 | D. Sklar | 0.20 | E-mails with C. Candon regarding DIP Motion and related issues. |
| 09/02/15 | D. Sklar | 0.30 | Review transaction agreements. |
| 09/02/15 | J. LaMonday | 0.20 | Reviewed and analyzed court mail (documents 1 through 19).  Docketed date(s) to the litigation calendar. |
| 09/03/15 | C. Desiderio | 7.50 | Travel to and from hearing (4.5).  Prepare for hearing (1.0).  Attend hearing (1.0).  Post-hearing meeting (.5).  Review and revise proposed orders (.5). |
| 09/03/15 | L. Harrington | 0.40 | Attention to case administration issues. |
| 09/03/15 | D. Sklar | 1.20 | Attend motion hearings with Judge Harwood. |
| 09/03/15 | D. Sklar | 1.30 | Review numerous e-mails between counsel regarding Amended Orders and Notices. |
| 09/03/15 | D. Sklar | 0.10 | Review e-mail and voicemail from Clerk Palmer. |
| 09/03/15 | D. Sklar | 0.10 | E-mails with client regarding stamp for checks. |
| 09/03/15 | D. Sklar | 0.20 | Complete review of Exhibits to APA |
| 09/03/15 | D. Sklar | 0.60 | Prepare for opening presentation to Court regarding First Day Motions.  Conference with clients to prepare for hearings. |
| 09/03/15 | D. Sklar | 0.20 | Telephone conference with C. Candon regarding DIP Loan Motion and Order. |
| 09/03/15 | D. Sklar | 0.80 | Conference with clients to prepare for motions. |
| 09/03/15 | D. Sklar | 0.20 | Conference with G. Karonis pre-hearing. |
| 09/03/15 | J. LaMonday | 0.20 | Reviewed and analyzed court mail (documents 28 through 41).  Docketed date(s) to the litigation calendar. |
| 09/04/15 | C. Desiderio | 0.50 | Attention to finalizing DIP order. |
| 09/08/15 | C. Desiderio | 0.90 | Attention to miscellaneous client questions and concerns (.4).  Call regarding executor contract issues (.5). |
| 09/08/15 | D. Sklar | 0.50 | Review Memo from S. Hagar regarding Israeli contract rejections (.2).  E-mail to C. Desiderio regarding same (.1).  Review recent Orders and Notices (.2). |
| 09/08/15 | D. Sklar | 0.40 | Conference call with client and C. Desiderio to review status of Mission Contract. |
| 09/08/15 | D. Sklar | 0.30 | Review e-mails with C. Candon regarding various contracts. |
| 09/08/15 | J. LaMonday | 0.20 | Reviewed and analyzed court mail (documents 54, 55, 56, 57, 59 & 60).  Docketed date(s) to the litigation calendar. |
| 09/09/15 | C. Desiderio | 0.80 | Attention to case administration. |
| 09/09/15 | D. Sklar | 0.10 | Review e-mails with B. Tierney regarding IDI. |

Nixon Peabody LLP

Invoice # 9720859     Page 3

| Date | Timekeeper | Hours | Description of Services |
|------|-----------|-------|-------------------------|
| 09/09/15 | D. Sklar | 0.10 | Review e-mails with V. Colistra regarding sale motion. |
| 09/09/15 | J. LaMonday | 0.20 | Reviewed and analyzed court mail.  Docketed date(s) to the litigation calendar. |
| 09/10/15 | C. Desiderio | 0.30 | Attention to asset sales and marketing process and strategy. |
| 09/11/15 | C. Desiderio | 3.20 | Call with client regarding strategy (.5).  Review Mission objection (.8).  Research same and outline responses (1.5).  Respond to various inquiries from C. Candon regarding APA and DIP documents (.4). |
| 09/14/15 | C. Desiderio | 7.00 | Review motion ro convert (.5).  Call with Mission's counsel regarding case (.5).  Draft objection to motion for chapter 11 trustee (4.0).  Outline and research reply to Mission objections (1.5).  Calls with D. Sklar regarding same (.5). |
| 09/14/15 | D. Sklar | 1.50 | Conference call with C. Desiderio and clients (.3).  Conference call with R. Keach and C. Desiderio (.3).  Telephone conference with C. Candon and C. Desiderio (.3).  Review Motion to Convert (.2).  Review objection filed by Mission Products (.4). |
| 09/15/15 | C. Desiderio | 7.70 | Attend Initial Debtor Interview (1.0).  Call with R. Ferdinand regarding same (.4).  Review and revise objection to appoint trustee (3.0).  Review Mission motion for appointment of trustee (.5).  Calls with C. Candon regarding hearing and responses (.7).  Research relating to motions and reply to Mission objection (1.0).  Calls with L. Harrington regarding same (.3).  Review documents for UST responses (.5).  Finalize 2015 statement for filing (.3). |
| 09/15/15 | L. Harrington | 3.10 | Review various pleadings and related documents and prepare response to opposition to motion to reject Mission license agreement. |
| 09/15/15 | D. Sklar | 3.00 | Review legal research on issues arising from Motion to Convert (1.5).  Review draft Objection to Motion to Convert (.4).  Telephone conference with C. Desiderio to discuss Objections to various Motions concerning sale and bidding (.3).  E-mails with V. Colistra regarding attendance at hearing.  E-mails with L. Harrington regarding Motion to Appoint Trustee (.2).  Review research on section 365 of the Code (.6). |
| 09/15/15 | J. LaMonday | 0.20 | Reviewed and analyzed court mail (Documents 97, 98, 99, 107, 108, 109, 110, 111 and 112).  Docketed date(s) to the litigation calendar. |
| 09/16/15 | C. Desiderio | 2.40 | Hearing prep call with client and Phoenix (.6).  Prepare for hearing (.6).  Respond with final information for IDI (.2).  Finalize trustee objection and mission reply (1.0). |
| 09/16/15 | L. Harrington | 2.40 | Revise response to opposition to motion to reject Mission license agreement.  Participate in conference call with client to address open issues before 9/18 hearing. |

Nixon Peabody LLP
Invoice # 9720859    Page 4

| Date | Timekeeper | Hours | Description of Services |
|------|-----------|-------|------------------------|
| 09/16/15 | D. Sklar | 1.50 | Review filings from U.S. Trustee (.8). Conference with C. Desiderio to review various objections (.4). Conference call with clients (.3). |
| 09/16/15 | D. Sklar | 1.70 | Legal research and review several articles on section 365(n) of the Code. |
| 09/16/15 | J. LaMonday | 0.20 | Reviewed and analyzed court mail. Docketed date(s) to the litigation calendar. |
| 09/17/15 | C. Desiderio | 6.00 | Travel to New Hampshire (3.5). Prepare for hearing (2.0). Draft Colistra proffer (.5). |
| 09/17/15 | D. Sklar | 0.90 | Final review and edit of Objection to Motion to Convert (.4). Final review of Reply to Objection to DIP Loan and Sale of Assets (.5). |
| 09/17/15 | D. Sklar | 1.30 | Telephone conference with C. Candon (.1). Review Limited Reply filed by S&S Hotels (.3). Conference with C. Desiderio and V. Colistra to prepare for hearing on Bid Procedures (.9). |
| 09/17/15 | J. LaMonday | 0.20 | Reviewed and analyzed court mail (documents 119, 120 and 121). Docketed date(s) to the litigation calendar. |
| 09/18/15 | C. Desiderio | 9.80 | Prepare for heating (2.0). Attend hearing (4.0). Return travel (3.5). Post-hearing follow up with client and C. Candon (.3). |
| 09/18/15 | D. Sklar | 2.00 | Appear in court for hearing on various motions and settlement of Trustee motions. |
| 09/18/15 | D. Sklar | 0.70 | Conference with clients and V. Colistra to prepare for motion hearings. |
| 09/18/15 | D. Sklar | 0.30 | Drafting proposed order on Rejection Motion (.2). E-mail to M. Siedband to review same (.1). |
| 09/18/15 | D. Sklar | 1.00 | Continued legal research on section 365(n). |
| 09/18/15 | J. LaMonday | 0.20 | Reviewed and analyzed court mail (documents 126, 127, 128, 129, 130, 131, 132, 133, 134, 135, 136, 137 and 138). Docketed date(s) to the litigation calendar. |
| 09/21/15 | C. Desiderio | 1.80 | Attention to revised orders for second day hearing (1.0). Attention to filing deficiency and corrections (.8). |
| 09/21/15 | D. Sklar | 1.60 | Review Co-Marketing Agreement with Mission Products (.9). Commence legal research  on Section 365(n) (.5); Review current pleadings (.2). |
| 09/21/15 | D. Sklar | 0.20 | E-mails with A. Dirsa regarding selection of an Examiner. |
| 09/21/15 | J. LaMonday | 0.20 | Reviewed and analyzed court mail (documents 151, 152, 153, 154, 155 and 156). Docketed date(s) to the litigation calendar. |
| 09/22/15 | C. Desiderio | 0.80 | Prepare for 341 meeting (.3). Calls and emails regarding examiner (.3). Respond to various inquiries from company regarding case administration matter (.2). |
| 09/22/15 | D. Sklar | 1.60 | Legal research on IP license issues (1.5). Telephone conference with L. Harrington (.1). |
| 09/22/15 | J. LaMonday | 0.20 | Reviewed and analyzed court mail (documents 157, 158 and 159). Docketed date(s) to the litigation calendar. |

Nixon Peabody LLP
Invoice # 9720859   Page 5

| Date | Timekeeper | Hours | Description of Services |
|------|-----------|-------|------------------------|
| 09/23/15 | C. Desiderio | 7.40 | Travel to and from New Hampshire (3.5).  Prepare for 341 meeting (.3).  Attend 341 meeting (1.5).  Meeting with examiner (1.3).  Meeting with R. Ferdinand (.3).  Call with D. Sklar regarding same (.3).  Meeting with C. Candon regarding examiner meeting (.2). |
| 09/24/15 | C. Desiderio | 1.00 | Attention to UST issues and revision of schedules and SOFA (.3).  Coordination of Examiner meetings (.2).  Attention to data requests (.5). |
| 09/24/15 | D. Sklar | 0.10 | E-mail from C. Desiderio to Receiver regarding payroll. |
| 09/24/15 | D. Sklar | 0.10 | E-mail from C. Desiderio to Receiver and V. Colistra. |
| 09/24/15 | D. Sklar | 0.10 | Telephone conference with L. Harrington regarding pending research. |
| 09/24/15 | D. Sklar | 0.10 | Review e-mail from G. Karonis. |
| 09/24/15 | D. Sklar | 0.10 | Review e-mail from Examiner. |
| 09/24/15 | D. Sklar | 0.20 | Review spreadsheets from client to Examiner. |
| 09/24/15 | J. LaMonday | 0.20 | Reviewed and analyzed court mail, documents 164, 164, 165, 169, 170 and 171.  Docketed date(s) to the litigation calendar. |
| 09/25/15 | C. Desiderio | 1.30 | Call with R. Ferdinand regarding examiner inquiries and other open issues (.3).  Calls with C. Candon regarding investigation (.4).  Review and analyze privacy policy (.2).  Attention to UST issues and update of schedules and SOFA (.4). |
| 09/25/15 | L. Harrington | 1.50 | Revise memo of law on 365(n). |
| 09/25/15 | D. Sklar | 0.20 | Telephone conference with clients regarding slope of examiners review. |
| 09/25/15 | D. Sklar | 0.20 | Review current pleadings. |
| 09/25/15 | D. Sklar | 0.20 | E-mails with C. Candon concerning transaction documents. |
| 09/25/15 | D. Sklar | 0.30 | Telephone conference with L. Harrington regarding section 365 issues and brief. |
| 09/25/15 | D. Sklar | 0.60 | Continued legal research on section 365 dispute with Mission. |
| 09/25/15 | D. Sklar | 0.10 | Review current pleadings and notices. |
| 09/27/15 | L. Harrington | 1.20 | Finalize draft or memo of law on 365(n). |
| 09/28/15 | C. Desiderio | 6.50 | Calls with R. Ferdinand regarding various operation issues (.6).  Prep call with D. Flood (1.0).  Calls with K. McCarthy and Examiner (1.5).  Call with Phoenix and Examiner (.7).  Call with D. Flood and Examiner(.3).  Call with C. Candon regarding process and status (.3).  Calls with D. Sklar regarding same (.5).  Review and produce documents in response to Examiner requests (1.1).  Review Mighty Moose investment background (.5). |
| 09/28/15 | D. Sklar | 1.50 | E-mails with L. Harrington (.2).  Review legal research (.8).  Review and revise Memo of Law concerning Mission Products (.5). |
| 09/28/15 | D. Sklar | 1.90 | Attend Examiner interview of K. McCarthy. |

Nixon Peabody LLP
Invoice # 9720859    Page 6

| Date | Timekeeper | Hours | Description of Services |
|---|---|---|---|
| 09/28/15 | D. Sklar | 0.10 | E-mails with Debtor's professionals to schedule conference call and to update status of Examiner. |
| 09/28/15 | D. Sklar | 0.10 | Telephone conference with V. Colistra regarding interview by Examiner. |
| 09/28/15 | D. Sklar | 0.50 | Attend Examiner telephonic interview of D. Flood. |
| 09/28/15 | J. LaMonday | 0.20 | Reviewed and analyzed court mail. Docketed date(s) to the litigation calendar. |
| 09/29/15 | C. Desiderio | 4.60 | Attend examiner interview of K. McCarthy (1.0). Review pleadings (.5). Calls with D. Sklar and client regarding various strategy issues (1.2). Review backup documents and respond to examiner questions (1.2). Attention to sofa and schedule revisions (.7). |
| 09/29/15 | L. Harrington | 1.20 | Revise memo of law on 365(n). |
| 09/29/15 | D. Sklar | 2.90 | Telephone conference with L. Harrington regarding Memo of Law in Support of Objection to 365(n) Claim of Mission. (2.2). Conference call with Examiner, C. Desiderio and K. McCarthy (.4). Conference call with clients to review actual IP owned and licensed to Mission (.3). |
| 09/29/15 | D. Sklar | 0.40 | E-mail from A. Dirsa regarding Phoenix retention and terms (.2). E-mail to and from V. Colistra (.1). Telephone conference with C. Desiderio to discuss issues raised (.1). |
| 09/30/15 | C. Desiderio | 5.30 | Calls with D. Sklar and C. Candon for hearing prep (1.5). Calls with clients and advisors regarding hearing prep (1.5). Review and analyze examiner report (.8). Calls with D. Sklar regarding same (.5). Attention to employment application objections and revise orders (1.0). |
| 09/30/15 | L. Harrington | 1.00 | Further revise memo of law on 365(n). |
| 09/30/15 | D. Sklar | 2.50 | Continued work on Memo of Law and legal research regarding Mission 365(n) election (2.2). Telephone conference with L. Harrington to discuss same (.3). |
| 09/30/15 | D. Sklar | 1.40 | Telephone conference with C. Desiderio regarding U.S. Trustee objections and Examiner's Report (.2). Conference call with C. Candon and C. Desiderio regarding preparation for motion hearings (1.2). |
| 09/30/15 | D. Sklar | 0.20 | Telephone conference with Attorney Siedband (.1). Telephone conference with C. Desiderio regarding inquiry from Mission (.1). |
| 09/30/15 | J. LaMonday | 0.20 | Reviewed and analyzed court mail. Docketed date(s) to the litigation calendar. |
| 10/01/15 | C. Desiderio | 8.60 | Calls regarding case status and strategy with client and D. Sklar (2.5). Call with C. Candon and D. Sklar regarding report (.7). Call with M. Azkinizer (.6). Prepare for hearing (1.3). Travel to New Hampshire (3.5). |
| 10/01/15 | D. Sklar | 0.20 | Telephone conference with C. Desiderio regarding call with Attorney Siedband/Mission. |
| 10/01/15 | D. Sklar | 0.10 | Telephone conference with Attorney Siedband regarding contract rejection. |

Nixon Peabody LLP
Invoice # 9720859    Page 7

| Date | Timekeeper | Hours | Description of Services |
|------|-----------|-------|------------------------|
| 10/01/15 | D. Sklar | 3.30 | Prepare for hearing on Rejection Motion. |
| 10/01/15 | D. Sklar | 1.00 | Conference with V. Colistra to prepare for Bid Procedures hearing. Conference call with C. Desiderio and C. Candon. |
| 10/01/15 | D. Sklar | 0.30 | Conference call with C. Desiderio and C. Candon. |
| 10/02/15 | C. Desiderio | 12.50 | Prepare for hearing (1.0). Attend hearing (5.5). Return travel from hearing (6.0). |
| 10/02/15 | D. Sklar | 4.60 | Attend motion hearing (3.0). Conference with clients and V. Colistra (1.0). Telephone conference with C. Candon and R. Keach (.6). |
| 10/02/15 | J. LaMonday | 0.20 | Reviewed and analyzed court mail. Docketed date(s) to the litigation calendar. |
| 10/05/15 | C. Desiderio | 4.40 | Review and revise bid procedures order (1.5). Calls and emails with Phoenix and client regarding hearing and sale process (1.0). Update summary of sales process for Phoenix and client (.3). Attention to cure schedules (.15). Review and revise schedules and SOFA (.7). Attention to APA revisions (.4). |
| 10/05/15 | D. Sklar | 0.10 | Review Order regarding Motion to Reject Executory Contracts. |
| 10/05/15 | D. Sklar | 0.50 | Review revised Schedules and SOFA. |
| 10/05/15 | D. Sklar | 0.20 | E-mail from C. Desiderio with revised Procedures Order. |
| 10/05/15 | D. Sklar | 0.30 | Telephone conference with C. Candon regarding various pending matters regarding APA. |
| 10/05/15 | D. Sklar | 0.20 | E-mails from C. Desiderio regarding Schedules. |
| 10/05/15 | D. Sklar | 0.20 | E-mails with client concerning cure amounts. |
| 10/05/15 | D. Sklar | 0.40 | Review e-mails with C. Candon and C. Desiderio regarding complete APA and exhibits thereto. |
| 10/05/15 | J. LaMonday | 0.20 | Reviewed and analyzed court mail. Docketed date(s) to the litigation calendar. |
| 10/06/15 | C. Desiderio | 4.40 | Attention to sale order, comments and revisions (1.2). Review and revise APA (.5). Meeting with C. Candon and client regarding case status (1.0). Calls with R. Ferdinand regarding case status (.3). Calls with D. Sklar and C. Candon regarding orders (.3). Review DIP order (.1). Review and revise CIM executive summary (1.0). |
| 10/06/15 | D. Sklar | 1.60 | Conference with clients, C. Desiderio, C. Candon and S&S Hotels to review case status and sale terms. |
| 10/06/15 | D. Sklar | 0.50 | Initial work supplemental 365(n) motion. |
| 10/06/15 | D. Sklar | 0.30 | Review Third Interim Order on DIP Loan/Cash Collateral. |
| 10/06/15 | D. Sklar | 0.10 | E-mails with C. Candon regarding same. |
| 10/06/15 | D. Sklar | 0.50 | Review final version of the APA with exhibits. |
| 10/06/15 | J. LaMonday | 0.20 | Reviewed and analyzed court mail, documents 189 and 190. Docketed date(s) to the litigation calendar. |
| 10/07/15 | C. Desiderio | 1.90 | Attention to Phoenix retention application (.2). Attention to sale and assumption notices (.6). Respond to client inquiries regarding sales and marketing process (.2). |

Nixon Peabody LLP
Invoice # 9720859     Page 8

| Date | Timekeeper | Hours | Description of Services |
|------|------------|-------|------------------------|
| | | | Review 365(n) motion and provide comments (.6). Review teaser revisions (.3). |
| 10/07/15 | L. Harrington | 1.00 | Draft motion for determination of Section 365(n) rights. |
| 10/07/15 | K. Walsh | 0.20 | Telephone conference with D. Sklar regarding treatment of trademark license in bankruptcy. |
| 10/07/15 | D. Sklar | 0.20 | E-mails with J. Nappi regarding leases and CIM language. |
| 10/07/15 | D. Sklar | 0.10 | Telephone conference with L. Harrington regarding 365(n) Motion. |
| 10/07/15 | D. Sklar | 2.60 | Review 365(n) Motion and legal research. |
| 10/07/15 | J. LaMonday | 0.20 | Reviewed and analyzed court mail, document 191. Docketed date(s) to the litigation calendar. |
| 10/08/15 | C. Desiderio | 1.00 | Call with D. Sklar regarding hearing (.5).  Draft summary of Phoenix issues and email to V. Colistra regarding same (.5).  Attention to Mission email and issues (.3).  Attention to OCP order (.2). |
| 10/08/15 | D. Sklar | 1.10 | Attend hearing on Retention Motions.  Telephone conference with C. Desiderio to review changes to Phoenix retention. |
| 10/08/15 | D. Sklar | 0.20 | Telephone conference with C. Desiderio to review changes to Phoenix retention. |
| 10/08/15 | D. Sklar | 0.10 | Telephone conference with C. Desiderio regarding pending orders. |
| 10/08/15 | D. Sklar | 0.70 | Commence research on requirements to maintain trademark/tradename. |
| 10/09/15 | D. Sklar | 0.10 | Review Order Granting Third Interim Order (A) Authorizing Debtor to Obtain Post-Petition Financing, (B) Authorizing the Use of Cash Collateral, (C) Granting Adequate Protection and (D) Setting a Final Hearing. |
| 10/09/15 | D. Sklar | 0.10 | Review e-mails between V. Colistra and M. Siedband. |
| 10/09/15 | D. Sklar | 0.40 | Review e-mail packages from Phoenix. |
| 10/09/15 | D. Sklar | 0.20 | Review e-mails concerning Mission claims. |
| 10/09/15 | D. Sklar | 0.20 | Review Notice and Order #2394. |
| 10/12/15 | C. Desiderio | 0.30 | Attention to OCP retentions and respond to client questions regarding the same. |
| 10/13/15 | C. Desiderio | 1.50 | Attention to revised schedules (1.0).  Calls and emails with R. Ferdinand and B. Collier regarding same (.5). |
| 10/13/15 | D. Sklar | 1.40 | Drafting amendments to Phoenix retention order and engagement letter (.9).  Telephone conference with L. Harrington regarding Mission rejection and 365(n) (.2). Telephone conference with V. Colistra (.3). |
| 10/13/15 | D. Sklar | 0.10 | Review e-mails between C. Desiderio and client regarding budget. |
| 10/13/15 | D. Sklar | 0.20 | Review Amended Matrix and Schedules. |
| 10/13/15 | D. Sklar | 0.10 | Conference with B. Collier regarding amendments. |
| 10/14/15 | C. Desiderio | 1.80 | Attention to revised schedules and statements (1.2). Review and revise Mission NDA (.3).  Review monthly operating report (.3). |

Nixon Peabody LLP
Invoice # 9720859    Page 9

| Date | Timekeeper | Hours | Description of Services |
|---|---|---|---|
| 10/14/15 | L. Harrington | 1.50 | Revise motion for clarification on Section 365(n) rights. |
| 10/14/15 | D. Sklar | 0.20 | Review September Monthly Operating Report and e-mail to C. Desiderio regarding same. |
| 10/14/15 | D. Sklar | 0.10 | E-mails from client regarding U.S. Trustee quarterly fees. |
| 10/14/15 | D. Sklar | 2.50 | Continued work on Motion to Determine 365 rights. |
| 10/14/15 | D. Sklar | 0.50 | Complete work on Phoenix retention order and letter. |
| 10/14/15 | D. Sklar | 0.40 | Review and revise Amended Schedules. |
| 10/14/15 | D. Sklar | 0.20 | Telephone conference with C. Candon regarding Phoenix retention. |
| 10/15/15 | C. Desiderio | 1.30 | Attention to sale process (.5).  Review motion for clarity on 265(n) (.5).  Emails and calls with D. Sklar regarding case status (.3). |
| 10/15/15 | L. Harrington | 1.10 | Draft form of order on Section 365(n) rights motion.  Further revise motion for clarification on Section 365(n) rights. |
| 10/15/15 | D. Sklar | 0.20 | E-mails with L. Harrington regarding 365(n) Motion and Order. |
| 10/15/15 | D. Sklar | 0.20 | Review Proposed Order. |
| 10/15/15 | D. Sklar | 0.40 | Continued work on 365(n) Motion. |
| 10/15/15 | D. Sklar | 0.30 | Complete and file Phoenix Retention Order. |
| 10/15/15 | D. Sklar | 0.20 | Review Agenda for Omnibus Hearing date of October 16, 2015. |
| 10/15/15 | J. LaMonday | 0.20 | Reviewed and analyzed court mail.  Docketed date(s) to the litigation calendar. |
| 10/16/15 | C. Desiderio | 0.70 | Attention to marketing process and review update regarding same (.3).  Attention to Mission NDA (.4). |
| 10/16/15 | D. Sklar | 0.20 | E-mails with G. Karonis regarding Amended Schedules. |
| 10/16/15 | D. Sklar | 0.20 | Review e-mails with J. Palmer regarding Amendments. |
| 10/16/15 | D. Sklar | 0.10 | Review e-mail and NDA from Attorney Siedband. |
| 10/16/15 | J. LaMonday | 0.20 | Reviewed and analyzed court mail, documents 212 and 213.  Docketed date(s) to the litigation calendar. |
| 10/19/15 | C. Desiderio | 0.50 | Review sales report (.2).  Follow up emails and calls regarding NDA (.2).  Attention to OCP declarations (.1). |
| 10/19/15 | D. Sklar | 0.20 | Review Affidavit of Robert Tucker - Ordinary Course Professional. |
| 10/19/15 | D. Sklar | 0.10 | Review Affidavit of C. Caseiro, Ordinary Course Professional. |
| 10/19/15 | D. Sklar | 0.10 | E-mails with J. Nappi regarding bidder update. |
| 10/19/15 | D. Sklar | 0.20 | E-mails with client regarding execution of NDA's. |
| 10/19/15 | D. Sklar | 0.20 | E-mails with client regarding various pending issues. |
| 10/19/15 | J. LaMonday | 0.20 | Reviewed and analyzed court mail, documents 217, 219, 220, 222, 223 and 224.  Docketed date(s) to the litigation calendar. |
| 10/20/15 | D. Sklar | 0.10 | Review current pleadings. |
| 10/20/15 | D. Sklar | 0.10 | Review Order regarding retention of Phoenix. |

Nixon Peabody LLP
Invoice # 9720859    Page 10

| Date | Timekeeper | Hours | Description of Services |
|------|-----------|-------|------------------------|
| 10/20/15 | D. Sklar | 0.10 | E-mails with V. Colistra. |
| 10/20/15 | D. Sklar | 0.30 | E-mails from J. Nappi with list of buyers and current status of marketing efforts. |
| 10/20/15 | D. Sklar | 0.20 | E-mails with C. Desiderio regarding completion of declarations - Ordinary Course Professionals. |
| 10/21/15 | C. Desiderio | 1.80 | Draft escrow agreement (1.3).  Respond to various inquiries from R. Ferdinand and Phoenix (.5). |
| 10/21/15 | D. Sklar | 0.20 | E-mails with C. Desiderio regarding minimum bid calculation. |
| 10/21/15 | D. Sklar | 0.20 | E-mails with V. Colistra concerning same issue. |
| 10/21/15 | D. Sklar | 0.50 | E-mails with C. Desiderio and review of proposed Escrow Agreement. |
| 10/21/15 | J. LaMonday | 0.20 | Reviewed and analyzed court mail, documents 227 and 228.  Docketed date(s) to the litigation calendar. |
| 10/22/15 | C. Desiderio | 0.80 | Attention to 4th Interim Cash Collateral order and sale status (.4).  Review and revise order (.2).  Call with M. Askenizer and D. Sklar regarding same (.2). |
| 10/22/15 | D. Sklar | 0.20 | Telephone conference with C. Desiderio to review budget and carve out. |
| 10/22/15 | D. Sklar | 0.20 | E-mails with C. Desiderio and V. Nappi regarding bidding procedures. |
| 10/22/15 | D. Sklar | 0.10 | Review Fourth Interim DIP Loan Order. |
| 10/23/15 | C. Desiderio | 0.20 | Review emails regarding sale related issues. |
| 10/26/15 | C. Desiderio | 1.30 | Attend prep call regarding Garmatex (.5).  Attend call with Garmatex (.2).  Review sale related emails and inquiries (.3).  Attention to fourth interim cc order and cash request (.3). |
| 10/26/15 | D. Sklar | 0.40 | Conference call with J. Nappi, C. Desiderio and clients regarding scheduled calls with various bidders. |
| 10/27/15 | L. Harrington | 0.40 | Attention to Mission's opposition to 365(n) motion. |
| 10/27/15 | H. Barcroft | 2.00 | Review and analysis of Mission Product Holdings' objection to motion seeking clarification regarding Code section 365(n) election. Research regarding allegation that issue must be resolved by way of an adversary proceeding. |
| 10/27/15 | D. Sklar | 0.10 | Telephone conference with H. Barcroft regarding Mission Objection. |
| 10/27/15 | D. Sklar | 0.30 | E-mails with clients and C. Desiderio regarding same. |
| 10/27/15 | D. Sklar | 0.20 | Review of Mission Objection (Dkt. No. 231). |
| 10/27/15 | J. LaMonday | 0.20 | Reviewed and analyzed court mail.  Docketed date(s) to the litigation calendar. |
| 10/28/15 | C. Desiderio | 0.80 | Calls regarding sale status. |
| 10/28/15 | H. Barcroft | 1.30 | Continue research regarding allegation that issue must be resolved by way of an adversary proceeding. |
| 10/28/15 | D. Sklar | 0.30 | Complete review of Mission Objection (Dkt. No. 231). |
| 10/28/15 | D. Sklar | 0.20 | Conference call with C. Desiderio and client. |
| 10/29/15 | C. Desiderio | 1.30 | Prepare for Mission call. |

Nixon Peabody LLP
Invoice # 9720859    Page 11

| Date | Timekeeper | Hours | Description of Services |
|---|---|---|---|
| 10/29/15 | H. Barcroft | 1.00 | Continue research regarding allegation that issue must be resolved by way of an adversary proceeding. Conferences with D. Sklar regarding the same. |
| 10/29/15 | D. Sklar | 0.40 | Conference call with C. Desiderio and clients to prepare for conference calls with potential bidders. |
| 10/29/15 | D. Sklar | 0.30 | Conference with H. Barcroft regarding Reply to Mission Objection. |
| 10/29/15 | D. Sklar | 0.90 | Complete initial review of cases cited  by Mission in Objection to 365(n) Motion. |
| 10/29/15 | D. Sklar | 0.10 | Conference with H. Barcroft regarding leal research results. |
| 10/29/15 | D. Sklar | 0.80 | Conference call with Phoenix, C. Desiderio and clients to review due diligence questions from Mission Products. |
| 10/30/15 | C. Desiderio | 0.60 | Prepare for and attend call with Mission. |
| 10/30/15 | H. Barcroft | 2.00 | Draft reply brief addressing allegation that issue must be resolved by way of an adversary proceeding. Conferences with D. Sklar regarding the same. |
| 10/30/15 | D. Sklar | 0.20 | Review e-mails from client regarding responses to questions from Mission. |
| 10/30/15 | D. Sklar | 0.60 | Conference call with Mission, Phoenix, C. Desiderio, clients and R. Keach. |
| 10/30/15 | D. Sklar | 2.80 | Continued work on oral argument for 365(n) election by Mission (.8).  Continued review of legal research (1.5).  E-mails with H. Barcroft concerning Reply to Mission Objection (.2).  Review Reply to Mission's Objection (.3). |
| 11/01/15 | C. Desiderio | 0.20 | Attention to APA and mission bid. |
| 11/02/15 | C. Desiderio | 2.60 | Call with R. Ferdinand and K. McCarthy regarding hearing (.3).  Call with Mission regarding patent (.5).  Review communications regarding patent (.2).  Review Mission bid (.6).  Draft auction script and attention to auction logistics (1.0). |
| 11/02/15 | D. Sklar | 1.90 | Continued preparation for hearing on 365(n) claim. |
| 11/02/15 | D. Sklar | 0.30 | Review bid cover letter from J. Shaw. |
| 11/02/15 | D. Sklar | 0.30 | Review letter from Chase and financial statements. |
| 11/02/15 | D. Sklar | 0.10 | Review Declaration of J. Shaw. |
| 11/02/15 | D. Sklar | 0.80 | Review Mission's redlined APA and Exhibits thereto. |
| 11/02/15 | D. Sklar | 0.10 | E-mails with J. Nappi. |
| 11/02/15 | D. Sklar | 0.10 | E-mails with V. Colistra. |
| 11/02/15 | D. Sklar | 0.20 | E-mails and telephone conference with C. Desiderio regarding bid package. |
| 11/02/15 | D. Sklar | 0.50 | Review pleadings filed by Mission Product. |
| 11/02/15 | D. Sklar | 0.20 | Telephone conference with R. Keach regarding settlement of IP claims. |
| 11/02/15 | D. Sklar | 0.60 | Complete review of cases for motion hearing. |
| 11/02/15 | J. LaMonday | 0.20 | Reviewed and analyzed court mail.  Docketed date(s) to the litigation calendar. |

Nixon Peabody LLP
Invoice # 9720859    Page 12

| Date | Timekeeper | Hours | Description of Services |
|------|-----------|-------|------------------------|
| 11/03/15 | C. Desiderio | 5.10 | Prepare for hearing (.4).  Attend hearing (telephonic) (2.3).  Draft motion to approve KERP (1.4).  Call with C. Candon regarding hearing and auction (.6).  Post hearing call with R. Ferdinand, K. McCarthy and D. Sklar (.4). |
| 11/03/15 | D. Sklar | 0.80 | Final preparation for motion hearing. |
| 11/03/15 | D. Sklar | 0.30 | Conference with clients to review settlement offer. |
| 11/03/15 | D. Sklar | 1.80 | Attend hearing on Motion to Define 365(n) Rights. |
| 11/03/15 | D. Sklar | 0.20 | Review e-mails with client regarding KERP Motion. |
| 11/03/15 | J. LaMonday | 0.20 | Reviewed and analyzed court mail, document 233. Docketed date(s) to the litigation calendar. |
| 11/04/15 | C. Desiderio | 0.70 | Prepare for auction (.4).  Respond to inquiries regarding APA and related issues (.3). |
| 11/04/15 | D. Sklar | 0.90 | Review legal research on current practices in conducting 363 auctions and credit bidding. |
| 11/04/15 | D. Sklar | 0.50 | Telephone conference with R. Keach (.2) and telephone conference with C. Desiderio (.3) regarding settlement. |
| 11/04/15 | D. Sklar | 0.20 | Telephone conference with R. Keach regarding purchase proposal. |
| 11/04/15 | D. Sklar | 0.30 | Telephone conference with clients to review Mission offer. |
| 11/04/15 | D. Sklar | 0.20 | E-mails to clients and counsel. |
| 11/04/15 | D. Sklar | 0.50 | Review Mission Term Sheet and e-mail from R. Keach (.3).  Telephone conference with clients (.2). |
| 11/05/15 | C. Desiderio | 14.50 | Travel to and from auction (8.0).  Attend auction (6.0).  Attention to post-auction issues including meeting with Examiner, S&S and draft auction notice (.5). |
| 11/05/15 | D. Sklar | 0.30 | Telephone conference and e-mails with C. Candon. |
| 11/05/15 | D. Sklar | 0.30 | Conference with R. Keach. |
| 11/05/15 | D. Sklar | 0.20 | Telephone conference with clients. |
| 11/05/15 | D. Sklar | 0.40 | Conference with C. Desiderio and V. Colistra to prepare for auction. |
| 11/05/15 | D. Sklar | 2.90 | Attendance at auction and multiple conferences with various parties arising from same. |
| 11/06/15 | C. Desiderio | 3.90 | Draft revised final DIP order (2.0).  Review and revise notice of successful bidder (.3).  Draft bid comparison chart (.5).  Outline reply (.6).  Call with R. Ferdinand and K. McCarthy for sale post mortem (.5). |
| 11/06/15 | D. Sklar | 0.20 | Review e-mail from H. Stebbins along with D&O Policy. |
| 11/06/15 | D. Sklar | 0.20 | E-mails from C. Candon regarding D&O claim and notice. |
| 11/06/15 | D. Sklar | 0.60 | Conference call. |
| 11/06/15 | D. Sklar | 0.20 | E-mails with C. Desiderio regarding Sale Motion and Bid comparison. |
| 11/06/15 | D. Sklar | 0.20 | E-mails and telephone conference with C. Desiderio regarding KERP Motion. |
| 11/06/15 | D. Sklar | 0.30 | Review draft Motion to Approve KERP. |
| 11/06/15 | D. Sklar | 0.70 | Review and revise Final DIP Order from C. Desiderio. |

Nixon Peabody LLP

Invoice # 9720859    Page 13

| Date | Timekeeper | Hours | Description of Services |
|------|-----------|-------|-------------------------|
| 11/06/15 | D. Sklar | 0.20 | E-mails with C. Desiderio regarding Final DIP Order. |
| 11/06/15 | D. Sklar | 0.10 | E-mails with R. Keach regarding Deposit refund. |
| 11/09/15 | C. Desiderio | 1.00 | Calls regarding sale and related case issues. |
| 11/09/15 | D. Sklar | 0.30 | Conference call with C. Desiderio and V. Colistra to prepare for call. |
| 11/09/15 | D. Sklar | 0.10 | Telephone conference with C. Desiderio regarding Final DIP Loan Order. |
| 11/09/15 | D. Sklar | 0.20 | Telephone conference with C. Candon regarding miscellaneous issues. |
| 11/09/15 | D. Sklar | 0.30 | Review Motion to Extend Time for Examiner. |
| 11/09/15 | D. Sklar | 0.20 | Telephone conference with V. Colistra regarding Transaction Fees. |
| 11/09/15 | D. Sklar | 0.10 | E-mails with Examiner and Attorney Ford. |
| 11/09/15 | D. Sklar | 0.20 | Telephone conference with C. Desiderio regarding Fee Payable to Phoenix. |
| 11/09/15 | D. Sklar | 0.30 | Review Memo to Examiner from J. Nappi. |
| 11/10/15 | C. Desiderio | 1.70 | Call with examiner and Phoenix regarding sale process (.6).  Prepare for all hands on deck meeting and calls with D. Sklar regarding same (.5).  Review budget (.3).  Attention to next steps and outline sales reply (.3). |
| 11/10/15 | D. Sklar | 0.20 | Review proposed meeting agenda from C. Desiderio. |
| 11/10/15 | D. Sklar | 0.10 | E-mails with C. Candon. |
| 11/10/15 | D. Sklar | 0.80 | Conference call with Attorney Ford, the Examiner and C. Desiderio. |
| 11/10/15 | D. Sklar | 0.20 | Review accounting of secured and unsecured loans from S&S to Debtor. |
| 11/10/15 | D. Sklar | 0.10 | Review schedules of equity contributions. |
| 11/10/15 | J. LaMonday | 0.20 | Reviewed and analyzed court mail.  Docketed date(s) to the litigation calendar. |
| 11/11/15 | C. Desiderio | 3.30 | Call regarding next steps and open issues (2.0).  Draft supplemental DIP motion (1.0).  Review cash forecast, attention to DIP order (.3). |
| 11/11/15 | H. Barcroft | 2.00 | Research regarding the ability to estimate a lien claim for the purpose of credit bidding in a Section 363 sale of assets. Conferences with D. Sklar regarding the same. |
| 11/11/15 | D. Sklar | 2.60 | Conference with C. Candon, C. Desiderio, clients, M. Stebbins and H. Stebbins regarding steps to closing the sale of the Debtor to S&S Hotels. |
| 11/11/15 | D. Sklar | 2.00 | Legal research regarding 502(c) claim estimation. |
| 11/11/15 | D. Sklar | 0.10 | Telephone conference with H. Barcroft regarding same. |
| 11/12/15 | C. Desiderio | 3.60 | Draft revised DIP Order and draft request for additional borrowing (2.5).  Call with E. Ford regarding pre-petition borrowing and related follow up (.5).  Calls and emails with D. Sklar and C. Candon regarding sale hearing prep and DIP supplement. |
| 11/12/15 | H. Barcroft | 0.40 | Review and analysis of Memorandum Opinion holding that Mission Product Holdings, Inc. does not retain rights |

Nixon Peabody LLP
Invoice # 9720859     Page 14

| Date | Timekeeper | Hours | Description of Services |
|---|---|---|---|
| | | | to the Debtor's Trademarks and Logos Post-Rejection and Order Granting Motion for Determination of Applicability and Scope of Mission Product Holdings, Inc.'s Election Pursuant to 11 U.S.C. Section 365(n)(1)(B). |
| 11/12/15 | D. Sklar | 0.20 | Review e-mail from C. Candon regarding Final DIP Loan Order. |
| 11/12/15 | D. Sklar | 0.30 | Review testimony exhibits from V. Colistra. |
| 11/12/15 | D. Sklar | 0.20 | Review e-mails with client regarding amended budget. |
| 11/12/15 | D. Sklar | 0.30 | Review Order and Opinion regarding 365(n) rights. |
| 11/12/15 | D. Sklar | 0.40 | Conference call with V. Colistra and C. Desiderio regarding PDF and fees. |
| 11/12/15 | D. Sklar | 0.40 | Review Mission Challenge to Credit Bid. |
| 11/12/15 | D. Sklar | 0.20 | Telephone conference with C. Desiderio to discuss Objection to Credit Bid. |
| 11/12/15 | D. Sklar | 0.90 | Review Objection to Conduct of Sale. |
| 11/12/15 | D. Sklar | 0.30 | Telephone conference with C. Desiderio regarding Objection to Conduct of Sale. |
| 11/12/15 | D. Sklar | 0.20 | Telephone conference with V. Colistra regarding fee calculation and exhibits. |
| 11/12/15 | D. Sklar | 0.20 | Review Notice of Appeal and review cited Rules. |
| 11/13/15 | C. Desiderio | 6.00 | Draft reply to Mission sale objection and research regarding same (5.0).  Calls and emails with D. Sklar and C. Candon regarding same (1.0). |
| 11/13/15 | H. Barcroft | 1.40 | Review Statement of Challenge to Credit Bid filed by Mission Product Holdings, Inc. Review Notice of Appeal and Statement of Election to Bankruptcy Appellate Panel filed by Mission Product Holdings, Inc. Review Amended Objection to Conduct of Auction and Sale Filed by Mission Product Holdings, Inc. |
| 11/13/15 | D. Sklar | 0.20 | Telephone conference with C. Candon regarding various motions and objections. |
| 11/13/15 | D. Sklar | 0.40 | Complete review of Mission Objection to Sale. |
| 11/13/15 | D. Sklar | 0.20 | Telephone conference with D. Desiderio to discuss Reply to Sale Objection. |
| 11/13/15 | D. Sklar | 0.80 | Review Examiner's Final Report. |
| 11/13/15 | D. Sklar | 0.20 | Telephone conference with C. Desiderio to discuss Examiner's Report. |
| 11/13/15 | D. Sklar | 0.10 | APPEAL.  Review Notice of Appeal. |
| 11/13/15 | D. Sklar | 0.20 | APPEAL.  Review List of Items to Deliver to BAP. |
| 11/13/15 | J. LaMonday | 0.20 | Reviewed and analyzed court mail.  Docketed date(s) to the litigation calendar. |
| 11/16/15 | C. Desiderio | 6.50 | Finalize response and exhibits (1.5).  Review mission proof of claim (.3).  Calls with D. Sklar, C. Candon and E. Ford in preparation for hearing (1.2).  Call with clients and Phoenix regarding sale hearing prep and responses (.5). Prepare for hearing and draft proffer (2.3).  Attention to witness and exhibits (.7). |

Nixon Peabody LLP
Invoice # 9720859    Page 15

| Date | Timekeeper | Hours | Description of Services |
|------|-----------|-------|------------------------|
| 11/16/15 | L. Harrington | 0.70 | Review opinion on Section 365(n) issue and documents related to Mission's appeal. Prepare to respond to appeal to BAP. |
| 11/16/15 | H. Barcroft | 0.40 | Review Examiner's Final Report. |
| 11/16/15 | D. Sklar | 0.10 | E-mails with C. Candon and C. Desiderio to arrange conference call. |
| 11/16/15 | D. Sklar | 0.10 | Conference call with parties and Clerk of Court regarding sale hearing.  Complete review and revision of Reply to Mission Objection to Conduct of Auction. |
| 11/16/15 | D. Sklar | 0.30 | Conference call with ADP representatives concerning employee transfer. |
| 11/16/15 | D. Sklar | 0.40 | Review Proffer drafted by C. Desiderio. |
| 11/16/15 | D. Sklar | 0.10 | Telephone conference with C. Desiderio to discuss possible claims by Debtor. |
| 11/16/15 | D. Sklar | 0.20 | E-mails with client concerning sale hearing. |
| 11/16/15 | D. Sklar | 0.90 | Review S&S Hotels' Support for Sale Motion. |
| 11/16/15 | D. Sklar | 0.20 | Review of Mission Proof of Claim and telephone conference with C. Desiderio. |
| 11/16/15 | D. Sklar | 0.70 | Review Examiner's Response to Mission Objection. |
| 11/16/15 | D. Sklar | 0.30 | E-mails with L. Harrington regarding Notice of Appeal. |
| 11/16/15 | D. Sklar | 0.20 | E-mails with C. Candon and C. Desiderio regarding hearing designation. |
| 11/16/15 | D. Sklar | 0.20 | E-mails with client concerning Executory Contract Assumption and Assignment. |
| 11/17/15 | C. Desiderio | 7.00 | Travel to New Hampshire (4.5).  Prepar for hearing (2.5). |
| 11/17/15 | L. Harrington | 0.50 | Attention to appeal of 365(n) order. |
| 11/17/15 | D. Sklar | 0.10 | Telephone conference with C. Desiderio regarding hearing exhibits and witnesses. |
| 11/17/15 | D. Sklar | 0.20 | Telephone conference with C. Candon regarding 363 Sale Motion. |
| 11/17/15 | D. Sklar | 0.10 | E-mails to R. Keach regarding Motion hearing exhibits. |
| 11/17/15 | D. Sklar | 0.10 | Review and revise Witnesses Designation. |
| 11/17/15 | D. Sklar | 0.10 | Review November bank statements. |
| 11/17/15 | D. Sklar | 0.40 | E-mail from C. Candon with amended APA. |
| 11/17/15 | D. Sklar | 0.30 | Review Complaint vs. S&S Hotels filed in New York. |
| 11/17/15 | D. Sklar | 1.50 | Review of Mission Objection and trial preparation. |
| 11/17/15 | D. Sklar | 1.70 | Conference with C. Desiderio and V. Colistra to prepare for hearing on November 18, 2015. |
| 11/18/15 | C. Desiderio | 12.00 | Prepare for hearing (1.5).  Attend hearing (5.5).  Post hearing wrap (.5).  Travel to NY (4.5). |
| 11/18/15 | L. Harrington | 0.30 | Attention to appeal of 365(n) order. |
| 11/18/15 | D. Sklar | 0.50 | Witness preparation for sale motion hearing. |
| 11/18/15 | D. Sklar | 6.30 | Attend hearing on Sale Motion. |
| 11/18/15 | D. Sklar | 0.50 | Conference with clients post hearing. |
| 11/18/15 | D. Sklar | 0.10 | Telephone conference with C. Candon regarding filing |

Nixon Peabody LLP
Invoice # 9720859    Page 16

| Date | Timekeeper | Hours | Description of Services |
|------|-----------|-------|------------------------|
| | | | Amended APA. |
| 11/19/15 | C. Desiderio | 0.40 | Emails with A. Wofse regarding plan and landlord stipulation (.2).  Status update to Committee (.2). |
| 11/19/15 | D. Sklar | 0.20 | E-mails with C. Candon regarding Amended APA. |
| 11/19/15 | D. Sklar | 0.70 | Review Arbitration transcripts. |
| 11/20/15 | C. Desiderio | 4.60 | Attention to revised sale order and APA (1.5).  Review hearing transcript and prepare for hearing (2.0).  Calls with C. Candon and D. Sklar regarding sale hearing and next steps (.6).  Canns and emails with R. Ferdinand regarding bank balance and assumed liabilities. |
| 11/20/15 | D. Sklar | 0.70 | Conference call with Attorney Ford and client regarding Mission claim. |
| 11/20/15 | D. Sklar | 0.40 | Revise APA and Exhibits. |
| 11/20/15 | D. Sklar | 0.10 | Review Motion to Submit Amended APA. |
| 11/20/15 | D. Sklar | 0.10 | Telephone conference with C. Desiderio to review plan for continued hearing. |
| 11/20/15 | D. Sklar | 0.10 | Telephone conference with R. Ferdinand regarding hearing preparation. |
| 11/20/15 | D. Sklar | 0.40 | Draft closing arguments. |
| 11/20/15 | D. Sklar | 0.60 | Review hearing transcript. |
| 11/20/15 | D. Sklar | 0.20 | Telephone conference with C. Candon regarding wire transfer. |
| 11/20/15 | D. Sklar | 0.40 | Review Proposed Sale Order and revise same. |
| 11/22/15 | C. Desiderio | 9.00 | Prepare for hearing (3.5).  Travel to New Hampshire (4.5). |
| 11/23/15 | C. Desiderio | 12.50 | Prepare for hearing (1.0).  Attend hearing (6.0).  Post-hearing meeting (.5).  Travel to New York (5.0). |
| 11/23/15 | D. Sklar | 0.40 | Conference with C. Desiderio and client to prepare for hearing. |
| 11/23/15 | D. Sklar | 0.30 | Post hearing conference with C. Desiderio and client. |
| 11/23/15 | D. Sklar | 3.00 | Attend Motion Hearing regarding 363 Sale. |
| 11/24/15 | D. Sklar | 0.20 | E-mails with C. Candon regarding revisions to APA. |
| 11/24/15 | D. Sklar | 0.20 | Telephone conference with C. Desiderio regarding complete APA revisions. |
| 11/24/15 | D. Sklar | 0.90 | Review Amended Examiner's Report. |
| 11/24/15 | J. LaMonday | 0.20 | Reviewed and analyzed court mail, document numbers 268, 269 and 270.  Docketed date(s) to the litigation calendar. |
| 11/25/15 | C. Desiderio | 0.40 | Respond to various emails and calls regarding sale status and next steps. |
| 11/29/15 | C. Desiderio | 2.50 | Review and revise sale Order (1.0).  Review sale transcripts (1.0).  Outline sale closing brief (.5). |
| 11/30/15 | C. Desiderio | 6.70 | Review and revise proposed order and emails and calls with C. Candon, A. Dirsa, E. Ford and D. Sklar regarding same (1.0).  Draft closing brief in support of the sale (5.7). |
| 11/30/15 | L. Harrington | 0.80 | Review supplemental designation of record on appeal.  Review appellant's designation of issues on appeal and |

Nixon Peabody LLP

Invoice # 9720859    Page 17

| Date | Timekeeper | Hours | Description of Services |
|------|------------|-------|-------------------------|
| | | | prepare counter designation. |
| 11/30/15 | C. Fong | 1.10 | Draft motion to extend exclusivity (1.0).  Exchange emails with C. Desiderio regarding same (.1). |
| 11/30/15 | D. Sklar | 0.30 | E-mails with C. Desiderio and C. Candon with revised Sale Order. |
| 11/30/15 | D. Sklar | 0.30 | Review Operating Agreement and 7th Amendment. |
| 11/30/15 | D. Sklar | 0.30 | Review e-mails with C. Candon regarding bid comparison. |
| 11/30/15 | J. LaMonday | 0.20 | Reviewed and analyzed court mail, document numbers 271, 272, 273, 274 and 275.  Docketed date(s) to the litigation calendar. |

TOTAL HOURS:      406.30

TOTAL FEES:      $223,775.50

**For Charges and Disbursements:**

| Date | Description | Amount |
|------|-------------|--------|
| 09/01/15 | Federal Express; Invoice 515278656; Airbill 774416790237; Date 09/01/2015; Shipped by Christopher Desiderio to Vandenberg & Feliu LLP Alfred G. Feliu 60 East 42nd Street  NEW YORK NY 10165 US | 8.71 |
| 09/01/15 | Federal Express; Invoice 515278656; Airbill 774416824721; Date 09/01/2015; Shipped by Christopher Desiderio to Resolve Mediation Services, In Simeon H. Baum 1211 Avenue of the Americas  NEW YORK NY 10036 US | 21.21 |
| 09/02/15 | Photocopy | 207.50 |
| 09/02/15 | Photocopy | 164.20 |
| 09/03/15 | Photocopy | 576.20 |
| 09/03/15 | VENDOR: Desiderio, Christopher; INVOICE#: 0946544409091637; DATE: 9/9/2015 - ‖Toll: Toll for Holland Tunnel (no receipt); Sep 03, 2015, Christopher Desiderio | 13.00 |
| 09/03/15 | VENDOR: Desiderio, Christopher; INVOICE#: 0946544409091637; DATE: 9/9/2015 - ‖Parking: Parking at airport; Sep 03, 2015, Christopher Desiderio | 33.00 |
| 09/03/15 | VENDOR: Desiderio, Christopher; INVOICE#: 0946544409091637; DATE: 9/9/2015 - ‖Taxi: Taxi to Manchester office; Sep 03, 2015, Christopher Desiderio | 17.79 |
| 09/03/15 | VENDOR: Desiderio, Christopher; INVOICE#: 0946544409091637; DATE: 9/9/2015 - ‖Taxi: Taxi to airport from Manchester office; Sep 03, 2015, Christopher Desiderio | 13.68 |
| 09/03/15 | VENDOR: Desiderio, Christopher; INVOICE#: 0946544409091637; DATE: 9/9/2015 - ‖Meals: Brakfast at airport; Sep 03, 2015, Christopher Desiderio | 2.12 |
| 09/03/15 | VENDOR: Commercial Card Services (wire); INVOICE#: GIBSON093015; DATE: 9/30/15 -  Gibson purchasing card | 78.80 |

Nixon Peabody LLP
Invoice # 9720859    Page 18

**For Charges and Disbursements:**

| Date | Description | Amount |
|------|-------------|--------|
| | expense - September 2015  --  The Bridge Cafe: lunch for meeting re: prep for hearing | |
| 09/08/15 | Photocopy | 0.50 |
| 09/09/15 | YT3GBC - Desiderio/Christopher Marshall,Air,NY Laguardia/Manchester/NY Laguardia,8/12/2015,8/12/2015 | 809.20 |
| 09/09/15 | Federal Express; Invoice 515954284; Airbill 774467501594; Date 09/09/2015; Shipped by Colleen Carlin to  Ryan Drew 8201 Tally Ho Road  LUTHERVILLE TIMONI MD 21093 US | 15.84 |
| 09/09/15 | Federal Express; Invoice 515954284; Airbill 774472044375; Date 09/09/2015; Shipped by Colleen Carlin to Unitil  6 Liberty Lane West  HAMPTON NH 03842 US | 8.32 |
| 09/17/15 | VENDOR: Desiderio, Christopher; INVOICE#: 0961367709231723; DATE: 9/23/15 - ||Toll: Toll - Midtown Tunnel; Sep 17, 2015, Christopher Desiderio | 8.00 |
| 09/17/15 | VENDOR: Desiderio, Christopher; INVOICE#: 0961367709231723; DATE: 9/23/15 - ||Taxi: Taxi to hotel from airport; Sep 17, 2015, Christopher Desiderio | 15.81 |
| 09/18/15 | Photocopy | 91.30 |
| 09/18/15 | VENDOR: Desiderio, Christopher; INVOICE#: 0961367709231723; DATE: 9/23/15 - ||Parking: Parking at airport; Sep 18, 2015, Christopher Desiderio | 39.00 |
| 09/18/15 | VENDOR: Desiderio, Christopher; INVOICE#: 0961367709231723; DATE: 9/23/15 - ||Lodging: Overnight stay in Manchester for hearing; Sep 18, 2015, Christopher Desiderio | 142.25 |
| 09/18/15 | VENDOR: Desiderio, Christopher; INVOICE#: 0961367709231723; DATE: 9/23/15 - ||Meals: Breakfast; Sep 18, 2015, Christopher Desiderio | 23.02 |
| 09/18/15 | VENDOR: Desiderio, Christopher; INVOICE#: 0961367709231723; DATE: 9/23/15 - ||Taxi: Taxi from hotel to airport; Sep 18, 2015, Christopher Desiderio | 17.92 |
| 09/22/15 | 2F7EA5 - Desiderio/Christopher Marshall,Air,Newark/Manchester/Newark,9/3/2015,9/3/2015 | 767.39 |
| 09/22/15 | 2HE6X6 - Desiderio/Christopher Marshall,Air,Newark/Manchester/Newark,9/23/2015,9/23/2015 | 695.64 |
| 09/22/15 | 2KEDDN - Desiderio/Christopher Marshall,Air,NY Laguardia/Manchester/NY Laguardia,9/17/2015,9/18/2015 | 715.20 |
| 09/23/15 | VENDOR: Desiderio, Christopher; INVOICE#: 0963659809281415; DATE: 9/28/15 - ||Meals: Breakfast pre-flight; Sep 23, 2015, Christopher Desiderio | 9.27 |
| 09/23/15 | VENDOR: Desiderio, Christopher; INVOICE#: 0963659809281415; DATE: 9/28/15 - ||Taxi: Taxi to Airport; Sep 23, 2015, Christopher Desiderio | 61.64 |
| 09/23/15 | VENDOR: Desiderio, Christopher; INVOICE#: 0963659809281415; DATE: 9/28/15 - ||Taxi: Taxi to hearing; Sep 23, 2015, Christopher Desiderio | 15.11 |

Nixon Peabody LLP
Invoice # 9720859    Page 19

**For Charges and Disbursements:**

| Date | Description | Amount |
|------|-------------|--------|
| 09/23/15 | VENDOR: Desiderio, Christopher; INVOICE#: 0963659809281415; DATE: 9/28/15 - ‖Taxi: Taxi from hearing to airport; Sep 23, 2015, Christopher Desiderio | 18.06 |
| 09/23/15 | VENDOR: Desiderio, Christopher; INVOICE#: 0963659809281415; DATE: 9/28/15 - ‖Taxi: Taxi home from airport; Sep 23, 2015, Christopher Desiderio | 65.05 |
| 09/25/15 | Photocopy | 0.50 |
| 09/25/15 | Photocopy | 0.40 |
| 09/30/15 | Photocopy | 1.30 |
| 10/01/15 | Postage: 9/30/2015 | 11.97 |
| 10/01/15 | Postage: 9/21/2015 | 6.30 |
| 10/01/15 | Postage: 9/17/2015 | 14.76 |
| 10/01/15 | Postage: 9/4/2015 | 77.39 |
| 10/01/15 | Postage: 9/3/2015 | 121.50 |
| 10/01/15 | Postage: 9/2/2015 | 100.01 |
| 10/01/15 | VENDOR: Desiderio, Christopher; INVOICE#: 0975438710071655; DATE: 10/7/15 - ‖Meals: Meal at airport; Oct 01, 2015, Christopher Desiderio | 17.13 |
| 10/01/15 | VENDOR: Desiderio, Christopher; INVOICE#: 0975438710071655; DATE: 10/7/15 - ‖Taxi: Taxi from airport to hotel; Oct 01, 2015, Christopher Desiderio | 18.75 |
| 10/01/15 | VENDOR: Desiderio, Christopher; INVOICE#: 0975438710071655; DATE: 10/7/15 - ‖Meals: Water at airport; Oct 01, 2015, Christopher Desiderio | 3.96 |
| 10/01/15 | VENDOR: Sklar, Daniel; INVOICE#: 0999076810281711; DATE: 10/28/15 - ‖Meals: Dinner with C. Desiderio and V. Colistra; Oct 01, 2015, Daniel Sklar | 237.65 |
| 10/02/15 | VENDOR: Desiderio, Christopher; INVOICE#: 0975438710071655; DATE: 10/7/15 - ‖Parking: Parking at airport; Oct 02, 2015, Christopher Desiderio | 78.00 |
| 10/02/15 | VENDOR: Desiderio, Christopher; INVOICE#: 0975438710071655; DATE: 10/7/15 - ‖Lodging: Overnight stay for hearing in Manchester; Oct 02, 2015, Christopher Desiderio | 167.75 |
| 10/02/15 | VENDOR: Desiderio, Christopher; INVOICE#: 0975438710071655; DATE: 10/7/15 - ‖Meals: Breakfast at hotel; Oct 02, 2015, Christopher Desiderio | 18.21 |
| 10/07/15 | Photocopy | 2.60 |
| 10/07/15 | Photocopy | 3.00 |
| 10/07/15 | Photocopy | 0.60 |
| 10/08/15 | Photocopy | 164.00 |
| 10/08/15 | Photocopy | 189.00 |
| 10/14/15 | Photocopy | 0.60 |
| 10/15/15 | VENDOR: Commercial Card Services (wire); INVOICE#: GIBSON103015; DATE: 10/30/15 -  Gibson purchasing card | 60.00 |

Nixon Peabody LLP
Invoice # 9720859     Page 20

**For Charges and Disbursements:**

| Date | Description | Amount |
|---|---|---|
| | expense - October 2015  --  Courts/USBC NH: Filing Fee | |
| 10/16/15 | Photocopy | 98.80 |
| 10/16/15 | Photocopy | 84.00 |
| 10/16/15 | Photocopy | 8.40 |
| 10/19/15 | Photocopy | 0.40 |
| 10/26/15 | 3RUO7Z - Desiderio/Christopher Marshall,Air,Boston/NY Laguardia,10/2/2015,10/2/2015 | 351.00 |
| 10/26/15 | 3RUO7Z - Desiderio/Christopher Marshall,Air,NY Laguardia/Manchester/NY Laguardia,10/1/2015,10/2/2015 | 673.20 |
| 10/26/15 | Photocopy | 1.30 |
| 10/26/15 | VENDOR: Commercial Card Services (wire); INVOICE#: GIBSON093015; DATE: 9/30/15 -  Gibson purchasing card expense - September 2015  --  Courts/USBC NH: Filing Fee | 1717.00 |
| 10/28/15 | Photocopy | 0.70 |
| 10/29/15 | Color Photocopy | 87.00 |
| 11/04/15 | Photocopy | 0.70 |
| 11/05/15 | VENDOR: Desiderio, Christopher; INVOICE#: 1014961111091950; DATE: 11/9/15 - ||Meals: Breakfast at airport; Nov 05, 2015, Christopher Desiderio | 22.84 |
| 11/05/15 | VENDOR: Desiderio, Christopher; INVOICE#: 1014961111091950; DATE: 11/9/15 - ||Parking: Parking at LaGuardia Airport; Nov 05, 2015, Christopher Desiderio | 39.00 |
| 11/05/15 | VENDOR: Desiderio, Christopher; INVOICE#: 1014961111091950; DATE: 11/9/15 - ||Meals: Dinner at Airport.; Nov 05, 2015, Christopher Desiderio | 62.38 |
| 11/05/15 | VENDOR: Desiderio, Christopher; INVOICE#: 1014961111091950; DATE: 11/9/15 - ||Car Rental: Car rental while in Manchester for court appearance.; Nov 05, 2015, Christopher Desiderio | 97.99 |
| 11/05/15 | VENDOR: Desiderio, Christopher; INVOICE#: 1014961111091950; DATE: 11/9/15 - ||Toll: Tolls (round trip) Midtown Tunnel; Nov 05, 2015, Christopher Desiderio | 16.00 |
| 11/05/15 | VENDOR: Desiderio, Christopher; INVOICE#: 1014961111091950; DATE: 11/9/15 - ||Parking: Parking at courthouse; Nov 05, 2015, Christopher Desiderio | 5.00 |
| 11/09/15 | VENDOR: Connelly Reporting & Video Services Inc; INVOICE#: 34253; DATE: 11/9/15 - Transcript for Bankruptcy Auction | 352.75 |
| 11/12/15 | Photocopy | 42.00 |
| 11/12/15 | Photocopy | 42.00 |
| 11/16/15 | Photocopy | 0.20 |
| 11/17/15 | VENDOR: Desiderio, Christopher; INVOICE#: 1030544011231812; DATE: 11/23/2015 - ||Meals: Lunch at airport prior to flight.; Nov 17, 2015, Christopher Desiderio | 36.79 |

Nixon Peabody LLP
Invoice # 9720859    Page 21

**For Charges and Disbursements:**

| Date | Description | Amount |
|------|-------------|--------|
| 11/17/15 | VENDOR: Desiderio, Christopher; INVOICE#: 1030544011231812; DATE: 11/23/15 - ‖Parking: Parking at courthouse; Nov 17, 2015, Christopher Desiderio | 6.00 |
| 11/18/15 | 5SQ29W - Desiderio/Christopher Marshall,Air,NY Laguardia/Boston/NY Laguardia,11/17/2015,11/18/2015 | 662.70 |
| 11/18/15 | 5J6C8F - Desiderio/Christopher Marshall,Air,NY Laguardia/Boston/NY Laguardia,11/5/2015,11/5/2015 | 662.70 |
| 11/18/15 | 5J6C8F - Desiderio/Christopher Marshall,Service Fee ,,11/4/2015, | 35.00 |
| 11/18/15 | Photocopy | 148.80 |
| 11/18/15 | Photocopy | 235.60 |
| 11/18/15 | Photocopy | 7.50 |
| 11/18/15 | VENDOR: Desiderio, Christopher; INVOICE#: 1030544011231812; DATE: 11/23/2015 - ‖Lodging: Overnight stay in Manchester, NH for court appearance; Nov 18, 2015, Christopher Desiderio | 175.11 |
| 11/18/15 | VENDOR: Desiderio, Christopher; INVOICE#: 1030544011231812; DATE: 11/23/2015 - ‖Parking: Parking at LaGuardia Airport; Nov 18, 2015, Christopher Desiderio | 78.00 |
| 11/18/15 | VENDOR: Desiderio, Christopher; INVOICE#: 1030544011231812; DATE: 11/23/2015 - ‖Car Rental: Rental car while in Manchester, NH for court appearance; Nov 18, 2015, Christopher Desiderio | 114.23 |
| 11/18/15 | VENDOR: Desiderio, Christopher; INVOICE#: 1030544011231812; DATE: 11/23/2015 - ‖Parking: Parking at courthouse; Nov 18, 2015, Christopher Desiderio | 6.00 |

| | | |
|---|---|---|
| | **TOTAL CHARGES AND DISBURSEMENTS** | **$11,821.20** |
| | **TOTAL FOR MATTER -- DEBT RESTRUCTURING:** | **$235,596.70** |

| | | |
|---|---|---|
| Total Fees............................................................... | $ | 223,775.50 |
| Total Charges and Disbursements ............................. | $ | 11,821.20 |
| Total Time and Costs ............................................... | $ | 235,596.70 |
| **TOTAL FOR STATEMENT:** | | **$235,596.70** |

**\*\*\*\*Nixon Peabody LLP Remittance Information \*\*\*\***
**FEDERAL I.D. NO. 16-0764720**

Client:  071881

Tempnology, LLC
210 Commerce Way, Suite 100
Portsmouth, NH 03801

Matter:                    000002
Invoice Number:      9720859
Date of Invoice:       12/08/15
Terms:                    Due Upon Receipt

Invoice Amount:      $             235,596.70

Nixon Peabody LLP is pleased to offer three payment options: check, electronic funds transfer, and credit card.  **To ensure prompt application of your payment, please reference the invoice number with your payment by returning this page with your check and credit card payments, or by including the invoice number in the addenda information of your electronic funds transfer.**  Questions may be directed to 617-345-1100, fax no. 585-672-6778, or to ClientPayments@nixonpeabody.com.  Thank you.

| **Check** - mail to: | **NIXON PEABODY LLP** |
|---|---|
| | **PO BOX 28012** |
| | **NEW YORK, NY 10087-8012** |
| | Invoice(s) Paid: _____ |

| **Electronic Payment:** (Wire/ACH) | Bank Name: | JPMorgan Chase Bank, Rochester, NY 14643 |
|---|---|---|
| | ABA Routing #: | 021000021 |
| | Account Name: | Nixon Peabody LLP |
| | Account #: | 938761475 |
| | SWIFT Code: | CHASUS33 |
| | Invoice(s) Paid: | *To be included in electronic payment's addenda information.* |

| **Credit Card** - mail to: | NIXON PEABODY LLP |
|---|---|
| | ATTN: CLIENT PAYMENTS |
| | 100 SUMMER STREET |
| | BOSTON, MA  02110-2131 |
| | Phone: (617) 345-1100 |
| | Fax: (585) 672-6778 |

Invoice(s) Paid: _____
Total Amount Of Payment: $ _____
☐ VISA  ☐ Master Card  ☐ Discover  ☐ American Express
Card #: __ __  __ __  __ __  __ __  __ __  __ __  __ __  __ __
Expiration Date: __ __ - __ __                    Security Code: __ __ __ __

Signature: _____