## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In re<br><br>OLD COLD, LLC<br><br>Debtor. | Bk. No. 15-11400 (JMD)<br><br>Chapter 11 |

### ORDER GRANTING MOTION TO AMEND CAPTION

Upon the Motion to Amend the Caption (the "Motion") seeking entry of an order pursuant to sections 105 of chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code") authorizing the Debtor to amend the caption of this Chapter 11 case, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1. The Motion is GRANTED as set forth in this Order.

2. The caption of this chapter 11 case will be amended by replacing "Tempnology LLC" and replacing it with "Old Cold, LLC").

Dated: _____, 2015

_____
United States Bankruptcy Judge

4815-7866-8076.1