**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| In re:<br><br>OLD COLD, LLC<br><br>          Debtor. | Bk. No. 15-11400-BAH<br>Chapter 11 |

## NOTICE OF APPEAL

Mission Product Holdings, Inc. ("Mission"), by and through its undersigned counsel, appeals under 28 U.S.C. § 158, Fed. R. Bank. P. 8001, and LBR 8001-1, from the order entered in this bankruptcy case on December 18, 2015 [D.E. 307] (the "Order") (and the opinion related thereto, D.E. 306) granting the Debtor's Motion to Approve Procedures In Connection With Sale Of Substantially All Of Debtors Assets [D.E. 34] and approving the sale of the Debtor's assets to Schleicher & Stebbins Hotels L.L.C.

The names of all parties to the Order and the names, addresses and telephone numbers of their respective attorneys are as follows:

*Mission Product Holdings, Inc.*
Michael A. Klass, Esq.
Robert J. Keach, Esq.
Michael A. Siedband, Esq.
BERNSTEIN SHUR SAWYER & NELSON, P.A.
Jefferson Mill Building
670 North Commercial Street
Suite 108
Manchester, NH 03105
Phone: (603) 623-8700
Fax: (603) 623-7775
Email: mklass@bernsteinshur.com

*Tempnology, LLC*
Christopher M. Desiderio
Daniel W. Sklar
NIXON PEABODY LLP
900 Elm Street
Manchester, NH 03101
Phone: (603) 628-4000
Fax: 603-628-4040
Email: dsklar@nixonpeabody.com

Schleicher & Stebbins Hotels L.L.C.
Christopher M. Candon, Esq.
SHEEHAN PHINNEY BASS + GREEN PA

1

1000 Elm Street
Manchester, New Hampshire 03105
Phone: (603) 627-8168
Fax: (603) 627-8121
Email: ccandon@sheehan.com

Dated:  December 28, 2015                              MISSION PRODUCT HOLDINGS, INC.


                                              By its attorneys:

*/s/ Michael A. Klass*
Michael A. Klass, Esq.  BNH #: 07284


            and


*/s/ Robert J. Keach*
Robert J. Keach, Esq.
Michael A. Siedband, Esq.
BERNSTEIN, SHUR, SAWYER & NELSON
100 Middle St., PO Box 9729
Portland, Maine 04104-5029
Phone: (207) 774-1200
Fax: (207) 774-1127
Email: rkeach@bernsteinshur.com
msiedband@bernsteinshur.com

## **CERTIFICATE OF SERVICE**

I, Robert J. Keach, being over the age of eighteen and an attorney of Bernstein, Shur, Sawyer & Nelson of Portland, Maine, hereby certify that on this date, I electronically filed the above *Notice of Appeal,* which was served on all parties receiving notice via the Court's CM/ECF electronic filing system.

I further certify that on this date, the *Notice of Appeal* was served via U.S. First Class mail upon the parties identified on the attached Service List.

December 28, 2015                    */s/ Robert J. Keach*
                                     Robert J. Keach, Esq.
                                     Michael A. Siedband, Esq.
                                     BERNSTEIN, SHUR, SAWYER & NELSON
                                     100 Middle St., PO Box 9729
                                     Portland, Maine 04104-5029
                                     Phone: (207) 774-1200
                                     Fax: (207) 774-1127
                                     Email: rkeach@bernsteinshur.com
                                     msiedband@bernsteinshur.com

## SERVICE LIST

**Served via U.S. First Class Mail:**

Baker Newman Noyes
P.O. Box 507
Portland, ME  04112-0507

Caserio Burke LLC
P.O. Box 610
Scarborough, ME  04070

Ford & McPartlin, P.A.
10 Pleasant Street
Portsmouth, NH 03801

Greenberg Traurig, LLC
One International Place
Boston, MA  02110

Phoenix Capital Resources
1100 Commons Court
Chadds Ford, PA  19317

Stebbins, Lazos & Van Der Beken, P.A.
66 Hanover Street, Suite 301
Manchester, NH  03101

Tucker & Latifi LLP
160 East 84th Street
New York, NY  10028