UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

# APPEAL TRANSMITTAL FORM

TO:    Clerk, United States Bankruptcy Appellate Panel
for the First Circuit
John W. McCormack Post Office and Court House
5 Post Office Square, Suite 910
Boston, MA 02109-3945

Case Name: Old Cold, LLC
Case No: 15-11400-JMD
Bankruptcy Case Filed: 9/1/2015
Bankruptcy Judge: J.Michael Deasy
Entry Date of Appealed Order: 12/18/15
Notice of Appeal Filed: 12/28/15
Notice of Appeal Mailed to Parties in Interest:


Appellant: Mission Product Holdings, Inc.
    Represented by
    Atty Michael A. Klass
    Atty Robert J. Keach
    Atty Michael A. Siedband
    Bernstein Shur Sawyer & Nelson, P.A.
    Jefferson Mill Building
    670 North Commercial Street
    Suite 108
    Manchester, NH 03105


Appellee: Old Cold, LLC
    Represented by
    Atty Christopher M. Desiderio
    Atty Daniel W. Sklar
    Nixon Peabody LLP
    900 Elm Street
    Manchester, NH 03101


Appellee: Schleicher & Stebbins Hotel L.L.C.
    Represented by
    Atty Christopher M.Candon, Esq.
    Sheehan Phinney Bass + Green PA
    1000 Elm Street
    Manchester, NH 03105

TRANSMITTED HEREWITH ARE THE FOLLOWING DOCUMENTS

[X]  Notice of Appeal
[X]  Order Appealed
[X]  Certified Copy of Court Docket: BK Case
[X ]  Fee has been paid in full

                                          Bonnie L. McAlary
                                          Clerk, U.S. Bankruptcy Court

<u>DATE: December 29, 2015</u>                  BY: /s/ James Palmer
                                                    Deputy Clerk

Appeal Transmittal Form 3-20-2014