## UNITED STATES BANKRUPTCY COURT
District of New Hampshire
1000 Elm Street
Suite 1001
Manchester, NH 03101−1708

| | |
|---|---|
| In re:<br><br>Old Cold, LLC<br>      Debtor | Bk. No. 15−11400−JMD<br>Chapter 11 |

### NOTICE TO APPELLANT

Notice is hereby given that the Appellant shall do the following on or before **January 11, 2016** in accordance with the requirements of Federal Rule of Bankruptcy Procedure 8009:

1. File with the Clerk of the Bankruptcy Court and serve on the Appellee a designation of the items to be included in the record on appeal;

2. File with the Clerk of the Bankruptcy Court and serve on the Appellee a statement of the issues to be presented on appeal; and

3. File with the Clerk of the Bankruptcy Court and serve on the Appellee a notice that the transcript has been ordered, if one is designated by the Appellant to be included in the record on appeal, and make satisfactory arrangements for payment of the transcript's cost. If no transcript is designated, file a certificate with the Clerk stating no transcript will be ordered.

Date: December 29, 2015                                                                                       Bonnie L. McAlary, Clerk
                                                                                                                              By: /s/ James Palmer
                                                                                                                              Deputy Clerk

Form ntcappellant−306