UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re:

OLD COLD, LLC,

Debtor.

Bk. No. 15-11400-BAH
Chapter 11

**APPELLANT'S DESIGNATION OF RECORD ON APPEAL**

Mission Product Holdings, Inc. ("Mission"), by and through its undersigned counsel, pursuant to Fed. R. Bankr. P. 8006 and 1st Cir. BAP L.R. 8006-1, designates the following items as the record on appeal of the order and opinion entered by the Bankruptcy Court on December 18, 2015 [D.E. 307], [D.E. 306] granting Tempnology LLC's (the "Debtor")[1] Motion to Approve Procedures In Connection With Sale Of Substantially All Of Debtors Assets [D.E. 34] (the "Sale Motion") and approving the sale of the Debtor's assets to Schleicher & Stebbins Hotels L.L.C.:

**Designated Items**

| Filing Date: | Document Number: | Document Title: |
|---|---|---|
| 9/2/2015 | 34 | Motion to Approve Procedures In Connection With Sale Of Substantially All Of Debtors Assets, (B) Approving Stalking Horse Protections, (C) Scheduling Related Auction And Hearing To Consider Approval Of Sale, (D) Approving Procedures Related To Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases, And (E) Approving Form And Manner Of Notice Thereof, And (II)(A) Authorizing Sale Of Substantially All Of Debtors Assets Pursuant To Successful Bidders Asset Purchase Agreement, Free And Clear Of Liens, Claims, Encumbrances, And Other Interests, And (B) Approving Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases Related Thereto |

---

[1] After the Bankruptcy Court granted the Sale Motion, the Debtor apparently changed its name to "Old Cold, LLC." See D.E. 319.

1

| Date | Doc # | Description |
|---|---|---|
| 9/11/2015 | 99 | Objection Filed by Creditor Mission Product Holdings, Inc. |
| 9/16/2015 | 118 | Objection Filed by U.S. Trustee |
| 9/30/2015 | 179 | Memorandum of Law Filed by Debtor Tempnology LLC |
| 10/2/2015 | --- | Transcript of October 2, 2015 continued hearing on Sale Motion |
| 10/8/2015 | 194 | Order Granting Motion To Approving Procedures in Connection with the Sale of Substantially all of Debtor's Assets; (B) Scheduling related Auction and Hearing to Consider Approval of Sale; (C) Approving Procedures related to the Assumption and Assignment of Executory Contracts and Unexpired Leases; (D) Approving the Form and manner of Notice thereof; and (E) Granting Related Relief |
| 11/5/2015 | --- | Transcript of November 5, 2015 auction regarding Sale Motion |
| 11/6/2015 | 234 | Debtor's Notice of Successful Bidder |
| 11/12/2015 | 244 | Objection to Conduct of Auction and Sale Filed by Creditor Mission Product Holdings, Inc. |
| 11/12/2015 | 246 | Amended Objection to Conduct of Auction and Sale Filed by Creditor Mission Product Holdings, Inc. |
| 11/18/2015 and 11/23/2015 | --- | Transcript of November 18, 2015 and November 23, 2015 evidentiary hearing on Sale Motion and all exhibits entered at such hearings (as identified in the transcript). |
| 12/1/2015 | 278 | Request for Ruling and Findings of Facts Filed by Creditor Mission Product Holdings, Inc. |
| 12/1/2015 | 279 | Debtor's Brief in Support of Sale |
| 12/18/2015 | 306 | Memorandum Opinion |
| 12/18/2015 | 307 | Order Granting (A) Authorizing the sale of substantially all the Debtor's Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interest, Except as Provided in the Successful Binder's Asset Purchase Agreement; (B) |

|            |     |                                                                                                                                                                                                                      |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |     | Authorizing and Approving the Asset Purchase Agreement; (C) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (D) Granting Related Relief |
| 12/21/2015 | 310 | Debtor's Notice of Closing                                                                                                                                                                                           |

Dated: January 4, 2016                           MISSION PRODUCT HOLDINGS, INC.


By its attorneys:

*/s/ Michael A. Klass*
Michael A. Klass, Esq.  BNH #: 07284
BERNSTEIN SHUR SAWYER & NELSON, P.A.
Jefferson Mill Building
670 North Commercial Street
Suite 108
Manchester, NH 03105
Phone: (603) 623-8700
Fax: (603) 623-7775
Email: mklass@bernsteinshur.com


       and


*/s/ Robert J. Keach*
Robert J. Keach, Esq.
Michael A. Siedband, Esq.
BERNSTEIN, SHUR, SAWYER & NELSON
100 Middle St., PO Box 9729
Portland, Maine 04104-5029
Phone: (207) 774-1200
Fax: (207) 774-1127
Email: rkeach@bernsteinshur.com
msiedband@bernsteinshur.com