# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In re:<br><br>OLD COLD, LLC,<br><br>　　　　Debtor. | Bk. No. 15-11400-JMD<br>Chapter 11 |

## NOTICE OF WITHDRAWAL OF DOCUMENT

**PLEASE TAKE NOTICE** that Bernstein Shur Sawyer & Nelson, P.A. hereby withdraws the *Appellant's Designation of Issues on Appeal* [Dkt No. 340] filed in the above-captioned case.

Dated:  January 4, 2016    MISSION PRODUCT HOLDINGS, INC.

　　　　　　　　　　　　　　　　　　　　By its attorneys:

　　　　　　　　　　　　　　　　　　　　*/s/ Michael A. Klass*
　　　　　　　　　　　　　　　　　　　　Michael A. Klass, Esq.  BNH #: 07284
　　　　　　　　　　　　　　　　　　　　BERNSTEIN SHUR SAWYER & NELSON, P.A.
　　　　　　　　　　　　　　　　　　　　Jefferson Mill Building
　　　　　　　　　　　　　　　　　　　　670 North Commercial Street
　　　　　　　　　　　　　　　　　　　　Suite 108
　　　　　　　　　　　　　　　　　　　　Manchester, NH 03105
　　　　　　　　　　　　　　　　　　　　Phone: (603) 623-8700
　　　　　　　　　　　　　　　　　　　　Fax: (603) 623-7775
　　　　　　　　　　　　　　　　　　　　Email: mklass@bernsteinshur.com

　　　　　　　　　　　　　　　　　　　　　　　　and

　　　　　　　　　　　　　　　　　　　　*/s/ Robert J. Keach*
　　　　　　　　　　　　　　　　　　　　Robert J. Keach, Esq.
　　　　　　　　　　　　　　　　　　　　Michael A. Siedband, Esq.
　　　　　　　　　　　　　　　　　　　　BERNSTEIN, SHUR, SAWYER & NELSON
　　　　　　　　　　　　　　　　　　　　100 Middle St., PO Box 9729

Portland, Maine 04104-5029
Phone: (207) 774-1200
Fax: (207) 774-1127
Email: rkeach@bernsteinshur.com
msiedband@bernsteinshur.com