# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In re<br><br>OLD COLD, LLC (formerly TEMPNOLOGY, LLC)<br><br>Debtor. | Bk. No. 15-11400-JMD<br>Chapter 11<br><br>**Hearing Date: February 2, 2016**<br>**Hearing Time: 1:30 p.m. (E.T.)**<br>**Objection Deadline: January 26, 2016** |

## NOTICE OF HEARING

Please be advised that a hearing on *Debtor's Application For An Order, Pursuant To Sections 327 And 328 Of The Bankruptcy Code, Authorizing The Engagement Of DS Feller Company, LLC As Chief Liquidation Officer For The Debtor* will be held on **February 2, 2016 at 1:30 p.m.** at the United States Bankruptcy Court for the District of New Hampshire, 1000 Elm Street, 11th Floor, Courtroom 2, Manchester, New Hampshire 03101.  **Objections, if any, must be filed at least seven (7) days before the hearing, on or before January 26, 2016.**

Respectfully submitted,

OLD COLD, LLC
By its attorneys,

NIXON PEABODY LLP

Date: January 6, 2016

/s/ *Daniel W. Sklar*
Daniel W. Sklar, Esq. BNH# 01443
Christopher Desiderio (PHV)
Christopher Fong (PHV)
Nixon Peabody LLP
900 Elm Street
Manchester, NH 03101
Phone: (603) 628-4000

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Notice of Hearing* was served on this 6th day of January, 2016, via CM/ECF, e-mail, or Regular U.S. Mail on the following parties as indicated below.

4831-8968-7852.1

**VIA CM/ECF:**

Office of the United States Trustee
USTPRegion01.MR.ECF@usdoj.gov

Ann Marie Dirsa Office of the United States Trustee
ann.marie.dirsa@usdoj.gov

Christopher M. Candon Counsel to Creditor Schleicher & Stebbins Hotels, LLC
ccandon@sheehan.com

Roma N. Desai Counsel to Creditor Mission Product Holdings, Inc.
rdesai@bernsteinshur.com

Robert J. Keach Counsel to Creditor Mission Product Holdings, Inc.
rkeach@bernsteinshur.com

Michael A. Klass Counsel to Creditor Mission Product Holdings, Inc.
mklass@bernsteinshur.com

Jessica A. Lewis Counsel to Creditor Mission Product Holdings, Inc.
jlewis@bernsteinshur.com

James F. Raymond Counsel to Creditor Cool Canuck Corp.
jraymond@upton-hatfield.com

Steven J. Venezia Counsel to Creditor Cool Canuck Corp.
svenezia@uptonhatfield.com

Ryan M. Borden Counsel to Michael S. Askenaizer and Ford & McPartlin, P.A.
rborden@fordlaw.com

Edmond J. Ford Counsel to Michael S. Askenaizer
eford@fordlaw.com

Richard K. McPartlin Counsel to Michael S. Askenaizer
rmcpartlin@fordlaw.com

**VIA EMAIL:**

Greenberg Traurig – Creditor
BELLJ@GTLAW.com

Haining Baoquin Textile – Creditor
lch0704@yeah.net

4831-8968-7852.1

Baker Newman Noyes – Creditor
BSteele@bnncpa.com

American Arbitration Association – Creditor
ZainoJ@adr.org

Texwell – Creditor
xy_xu@tex-fabric.com

First Tracks Marketing – Creditor
mnelson@firsttracksmarketing.com

210 Commerce Way, LLC – Creditor
Mkane@netkane.com

Jim Zeiba – Creditor
jzeiba@comcast.net

Crane Worldwide – Creditor
Shelley.barrett@craneww.com

Caseiro & Burke LLC – Creditor
ccaseiro@caseiroburke.com

Experticy – Creditor
elizabeth.brooks@experticity.com

Stebbins, Lazos & Van Der Beken, P.A. – Other Professional
hstebbins@slvlaw.com

Tucker & Latifi LLP – Other Professional
RTucker@tuckerlatifi.com

**VIA U.S. REGULAR MAIL**

| | |
|---|---|
| Michael Siedband, Esq. – Counsel to Creditor Mission Holdings, Inc.<br>Bernstein, Shur, Sawyer & Nelson<br>100 Middle Street<br>Portland, ME 04101 | Phoenix Capital Resources – Financial Advisor<br>110 Commons Court<br>Chads Ford, PA 19317 |
| Disney Worldwide Services – Creditor<br>PO Box 403337<br>Atlanta, GA 30384-3337 | Nova-tex – Creditor<br>Unit B, 11/F Silvercorp Tower<br>Nathan Road<br>Kowloon Hong Kong 707-713 |

4831-8968-7852.1

Legacy Supply Chain Services - Creditor
c/o Griffin Transport Services, Inc.
1941 Citrona Drive
Fernandina Beach, FL 32034-4414

Hohenstein - Creditor
1688 Westbrook Ave.
Burlington, NC 27215-9700

Prime Pacific Connections, LLC – Creditor
PO Box 15583
Irvine, CA 92623-5583

Employee #3 – Creditor
[Address Redacted]

Employee #4 – Creditor
[Address Redacted]

Employee #8 – Creditor
[Address Redacted]

Employee #9 – Creditor
[Address Redacted]


                              /s/ *Daniel W. Sklar*