# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In re | Bk. No. 15-11400 (CJP) |
| OLD COLD, LLC | Chapter 11 |
| Debtor. | Objection Deadline: November 19, 2021 |
| | Re: Docket No. 681 |

## DEBTOR'S MOTION TO MODIFY BRIEFING SCHEDULE IN CONNECTION WITH MOTION FOR PAYMENT OF ADMINISTRATIVE CLAIM

Old Cold, LLC (the "Debtor"), as a debtor and debtor-in-possession, submits this motion (the "Motion") to modify the briefing schedule set forth in the *Consent Order On Motion For Payment of Administrative Claim* [ECF No. 681] (the "Consent Order") entered in connection with Mission Product Holdings, Inc.'s ("Mission") *Motion for Payment of Administrative Claim* [ECF No. 635] (the "Administrative Claim Motion").  In support of the Motion, the Debtor respectfully states as follows:

1.  The Debtor has long suspected that the genesis of the Administrative Claim Motion was intended to delay and prolong this six-year-old Chapter 11 case, increase the costs of litigation, and to harass the Debtor.  While the Debtor did not object to the entry of the Consent Order and the briefing schedule set forth therein, the Debtor has consistently represented to Mission that it believed the Administrative Claim Motion was frivolous.  Having reviewed Mission's *Memorandum of Law in Support of its Motion for Payment of Administrative Claim* (the "Mission Brief"), that the arguments made therein appear to be upon initial examination frivolous, vexatious and without regard to the long storied history of this case.

4863-7625-4722.4

2. The Debtor submits this Motion, and requests that the Court modify the briefing schedule set forth in the Consent Order, to permit the Debtor to evaluate an appropriate course of action, in light of the now articulated allegations. In that regard, the Debtor is considering all responses some of which may require the adherence to certain timing parameters that would take the parties outside of the proposed briefing schedule. As part of this evaluation, the Debtor is currently reviewing the procedural and legal history in this case as well as the numerous appeals that addressed many of the matters in the Mission Brief.

3. For these reasons, the Debtor requests that the briefing schedule in connection with the Administrative Claim Motion be modified as follows:

|  | Consent Order Briefing Schedule | Proposed Revised Briefing Schedule |
|---|---|---|
| Debtor's Response to Mission Brief | December 17, 2021 | January 17, 2022 |
| Mission Reply (if any) | January 7, 2021 | February 7, 2022 |

4. The Debtor reserves the right to seek further extensions as may be appropriate. No party will be prejudiced by the extension, and Mission will be provided with ample time to respond. For purposes of clarity, the Debtor requests that the deadlines for any party-in-interest to oppose the Mission Brief be likewise extended in the interests of judicial economy.

5. The Debtor met and conferred with Mission in connected with the relief requested by this Motion and Mission declined to agree to the request, necessitating this Motion.

WHEREFORE, the Debtor respectfully requests that the Court (i) modify the briefing schedule in connection with the Administrative Claim Motion; and (ii) grant such other and further relief as the Court deems just and proper.

|  |  |
|---|---|
| | Respectfully submitted,<br>OLD COLD, LLC<br>By its attorneys,<br><br>NIXON PEABODY LLP |
| Date: November 12, 2021 | |
| | */s/ Nathan P Warecki*<br>Nathan P. Warecki, BNH# 07665<br>Christopher Desiderio (admitted *pro hac* vice)<br>Nixon Peabody LLP<br>900 Elm Street<br>Manchester, NH 03101<br>Phone: (603) 628-4000 |

## CERTIFICATE OF SERVICE

I hereby certify that, on November 12, 2021, I filed the foregoing Motion via the Court's CM/ECF electronic filing system ("CM/ECF"), which sent notice to all parties receiving notification through CM/ECF.

I further certify that, on November 12, 2021, the foregoing Motion will be served via U.S. First Class Mail upon the following parties that do not receive notification through the Court's CM/ECF electronic filing system:

| | | |
|---|---|---|
| Caseiro Burke LLC<br>PO Box 610<br>Scarborough, ME 04070 | Jeffrey Daichman<br>Kane Kessler PC<br>1350 Avenue of the Americas,<br>26th Fl<br>New York, NY 10019 | Donna Flood<br>9861 El Greco Circle<br>Bonita Springs, FL 34135 |
| Greenberg Traurig, LLC<br>One International Place<br>Boston, MA 02110 | Douglas H. Hallward-Driemeier<br>Ropes & Gray<br>2099 Pennsylvania Ave, NW<br>Washington, DC 20006-6807 | Steven J. Venezia<br>Upton & Hatfield, LLP<br>PO Box 13<br>Hillsborough, NH 03244-0013 |
| Phoenix Capital Resources<br>110 Commons Court<br>Chadds Ford, PA 19317 | Gerard Schiano-Strain<br>Kane Kessler PC<br>1350 Avenue of Americas,<br>26th Fl<br>New York, NY 10019 | Stebbins, Lazos &<br>Van Der Beken, P.A.<br>66 Hanover Street, Suite 301<br>Manchester, NH 03101 |
| Tucker & Latifi LLP<br>160 East 84th Street<br>New York, NY 10028 | | |

November 12, 2021

/s/ *Nathan P. Warecki*
Nathan P. Warecki, BNH# 07665
Nixon Peabody LLP
900 Elm Street
Manchester, NH 03101
Phone: (603) 628-4000

4863-7625-4722.4