**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

In re:

OLD COLD, LLC,

          Debtor.

Bk. No. 15-11400-CJP
Chapter 11

**MISSION PRODUCT HOLDINGS, INC.'S RESPONSE TO**
**DEBTOR'S MOTION TO MODIFY BRIEFING SCHEDULE IN CONNECTION**
**WITH MOTION FOR PAYMENT OF ADMINISTRATIVE CLAIM**

Mission Product Holdings, Inc. ("Mission") submits this response to the *Debtor's Motion to Modify Briefing Schedule in Connection with Motion for Payment of Administrative Claim* [D.E. 687] (the "Motion").[1]  The Motion's allusions to frivolous or vexatious arguments in the Mission Brief are baseless.  Mission's arguments are grounded in documents or law (as applicable), as set forth in the Mission Brief.  Had the Debtor's request for additional time to respond to the Mission Brief not been based on such aspersions, and despite the fact that Debtor's counsel originally suggested this process and agreed to the time frames, Mission would have extended the courtesy of an agreement to an extension, as it has on numerous occasions in this case.  But Mission could not agree to an extension premised on such baseless accusations.

Dated:  November 12, 2021

**MISSION PRODUCT HOLDINGS, INC.**

By its attorneys:

*/s/ Lindsay Zahradka Milne*
Robert J. Keach, Esq. (admitted *pro hac vice*)
Lindsay Zahradka Milne, Esq., BNH# 07506
BERNSTEIN, SHUR, SAWYER & NELSON, P.A.
100 Middle Street
Portland, ME 04104-5029
Tel: (207) 774-1200
Fax: (207) 774-1127

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion.

## CERTIFICATE OF SERVICE

I, Lindsay Zahradka Milne, being over the age of eighteen and an attorney at Bernstein, Shur, Sawyer & Nelson, P.A. in Portland, Maine, hereby certify that, on November 12, 2021, I filed the foregoing Response via the Court's CM/ECF electronic filing system ("CM/ECF"), which sent notice to all parties receiving notification through CM/ECF.

Dated:  November 12, 2021

*/s/ Lindsay Zahradka Milne*
Lindsay Zahradka Milne, Esq., BNH# 07506
BERNSTEIN, SHUR, SAWYER & NELSON, P.A.
100 Middle Street, P.O. Box 9729
Portland, Maine 04104-5029
Tel. (207) 774-1200
Email: lmilne@bernsteinshur.com