# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| In re | ) | Bk. No. 15-11400 (CJP) |
| | ) | |
| OLD COLD, LLC | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |

### OMNIBUS REPLY OF MISSION PRODUCT HOLDINGS, INC. TO OPPOSITION MEMORANDA OF LAW RE MISSION'S MOTION FOR PAYMENT OF ADMINISTRATIVE CLAIM

Mission Product Holdings, Inc. ("Mission") hereby submits this brief reply (the "Reply") to (a) *Memorandum of Former Examiner and His Counsel in Opposition to Disgorgement* [D.E. 699] (the "Examiner Opposition"), (b) *Debtor's Opposition to Mission's Memorandum of Law In Support of Its Motion for Payment of Administrative Claim* [D.E. 700] (the "Debtor's Opposition"), and (c) *Schleicher & Stebbins Hotels L.L.C.'s Opposition to Mission's Memorandum In Support of Motion for Payment of Administrative Claim and Joinder in Debtor's Opposition* [D.E. 701] (the "S&S Opposition," and together with the Examiner Opposition and the Debtor Opposition, the "Oppositions") and in support if its *Memorandum of Law In Support of Its Motion for Payment of Administrative Claim* [D.E. 685] (the "Opening Brief"). Mission submits that the arguments raised in the Oppositions are adequately addressed in its Opening Brief, and thus need not request the use of additional judicial resources by submitting a substantive reply.

Dated: February 8, 2022        **MISSION PRODUCT HOLDINGS, INC.**

*/s/ Lindsay Zahradka Milne*
Robert J. Keach, Esq. (admitted *pro hac vice*)
Lindsay Zahradka Milne, Esq. BNH 07506
100 Middle St., PO Box 9729
Portland, Maine 04104-5029
Phone: (207) 774-1200
Email: rkeach@bernsteinshur.com
          lmilne@bernsteinshur.com

## CERTIFICATE OF SERVICE

    I, Christine Mastrogiorgio, being over the age of eighteen and an attorney at Bernstein, Shur, Sawyer & Nelson, P.A. in Portland, Maine, hereby certify that, on February 8, 2022, I filed the foregoing Reply via the Court's CM/ECF electronic filing system ("CM/ECF"), which sent notice to all parties receiving notification through CM/ECF.

Dated:  February 8, 2022

                                                          */s/ Christine Mastrogiorgio*
                                                          Christine Mastrogiorgio
                                                          BERNSTEIN, SHUR, SAWYER & NELSON, P.A.